# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## 18-CR-6097: United States v. Carlos Figueroa

## COMMUNICATION FROM THE JURY TO THE COURT

**TO THE COURT:**

Is cocaine base specifically crack or is it any substance containing cocaine.

Signed: _____

**COURT USE ONLY**
**RECEIVED**

Court Ex. #: 3
Initials: _____
Date: _____
Time: _____

1248 Ct. Ex. 3

Chambers of
Chief Judge Frank P. Geraci, Jr.
United States District Court
Western District of New York
U.S. Courthouse
Rochester, NY 14614

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## 18-CR-6097: United States v. Carlos Figueroa

## COMMUNICATION FROM THE JURY TO THE COURT

**TO THE COURT:**

We would like to see the transcripts from Jan. 26th. Only the spanish one's between Javi + Axel.

Signed:

**COURT USE ONLY**
**RECEIVED**

Court Ex. #: 4
Initials: _____

Date: _____
Time: _____

Court Exhibit #4

1:29 pm

Chambers of
Chief Judge Frank P. Geraci, Jr.
United States District Court
Western District of New York
U.S. Courthouse
Rochester, NY 14614

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

18-CR-6097: United States v. Carlos Figueroa

## COMMUNICATION FROM THE JURY TO THE COURT

TO THE COURT:

How does the law define "Cocaine base". Count #1 c-d

We would like to see the transcripts for all Spanish calls from 1/26.

Signed:

COURT USE ONLY
RECEIVED

Court Ex. #: 5
Initials: _____

Date: _____
Time: _____

Chambers of
Chief Judge Frank P. Geraci, Jr.
United States District Court
Western District of New York
U.S. Courthouse
Rochester, NY 14614

COURT EX. 5

4/18/21
9:35 pm

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## 18-CR-6097: United States v. Carlos Figueroa

## COMMUNICATION FROM THE JURY TO THE COURT

**TO THE COURT:**

We would like to see the drug ledger that Lei kept at 292 Barrington

Signed: _____

**COURT USE ONLY**
**RECEIVED**

Court Ex. #: 6
Initials: _____
Date: _____
Time: _____

Court Ex 6.

Chambers of
Chief Judge Frank P. Geraci, Jr.
United States District Court
Western District of New York
U.S. Courthouse
Rochester, NY 14614