1

```
 1                  UNITED STATES DISTRICT COURT

 2                 WESTERN DISTRICT OF NEW YORK

 3

 4

 5   - - - - - - - - - - - - -X
     UNITED STATES OF AMERICA            18-CR-6094(G)
 6
     vs.
 7                                       Rochester, New York
     CARLOS JAVIER FIGUEROA,             May 14, 2021
 8              Defendant.               9:53 a.m.
     - - - - - - - - - - - - -X
 9

10                  TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE FRANK P. GERACI, JR.
11              UNITED STATES DISTRICT CHIEF JUDGE

12
                      JAMES P. KENNEDY, JR., ESQ.
13                    United States Attorney
                      BY: ROBERT A. MARANGOLA, ESQ.
14                        CASSIE M. KOCHER, ESQ.
                      Assistant United States Attorneys
15                    500 Federal Building
                      Rochester, New York 14614
16                    Appearing on behalf of the United States

17
                      PAUL J. VACCA, JR., ESQ.
18                    One East Main Street, Suite 1000
                      Rochester, New York 14614
19                    Appearing on behalf of the Defendant

20
     ALSO PRESENT:        Nicolas Penchaszadeh, Spanish Interpreter
21                        Barbara Considine, Spanish Interpreter
                          Besayda Soto Abbate, Spanish Interpreter
22
     COURT REPORTER:      Christi A. Macri, FAPR-RMR-CRR-CSR(NY/CA)
23                        Christimacri50@gmail.com
                          Kenneth B. Keating Federal Building
24                        100 State Street, Room 2640
                          Rochester, New York 14614
25
```

1                          **I N D E X**

2    **WITNESS FOR THE GOVERNMENT**

3
     Axel Aponte Camacho
4         Direct examination by Mr. Marangola              Page  3

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>**P R O C E E D I N G S**</u>

\*      \*      \*

**(WHEREUPON**, the defendant is present; the jury is present).

09:53:03AM **THE COURT:**  You may continue.

**MR. MARANGOLA:** Thank you, Your Honor.  The Government recalls Mr. Aponte Camacho.

**BY MR. MARANGOLA:**

Q.   Mr. Aponte Camacho, I'm going to remind you you're still

09:53:17AM under oath.  Do you understand that?

A.   Yes.

Q.   Where we left off yesterday was I believe you were describing the first time you worked the table.  Do you recall that?

09:53:31AM A.   Yes.

Q.   And if we can go to Government's 106, which is in evidence?  I believe you testified yesterday that an apartment in this building is where you first worked the table, correct?

A.   Yes.

09:53:59AM Q.   All right. If we can go to Government's 26?  Tell us when you first got to the apartment that day, who was there?  Show us on Government's 26.  If you touch the screen over the photo, it should leave a mark.

All four of those individuals that you circled were

09:54:40AM there at the apartment when you first got there?

```
 1  A.    Yes.
 2  Q.    Okay. For the record you've circled the top photograph; is
 3  that correct?
 4  A.    Yes.
 5  Q.    Who is in that photo?
 6  A.    Carlos Javier, Javi.
 7  Q.    And you circled the photograph below and to the right of
 8  him in the second row; is that correct?
 9  A.    Yes.
10  Q.    That's who in that photograph?
11  A.    Roberto Figueroa.
12  Q.    And you circled the photograph right below Roberto
13  Figueroa's photograph; is that correct?
14  A.    Yes.
15  Q.    And who is in that photo?
16  A.    Pistolita.
17  Q.    And you circled the photo all the way to the left in that
18  third row as well.  Who is in that photo?
19  A.    Obed Torres.
20  Q.    Can you describe what happened when you went into the
21  apartment -- first, if you can clear your mark on the screen?
22  And tell us what happened when you first went into the
23  apartment that day.
24  A.    I went in, I went through the kitchen, through the living
25  room, the first room on the left-hand side when I opened the
```

09:54:56AM (line 5)
09:55:09AM (line 10)
09:55:24AM (line 15)
09:55:37AM (line 20)
09:56:03AM (line 25)

1  door and at the table was Roberto Figueroa, Pistolita, and

2  Obed.  And the table was like very close to the door when you

3  open it.

4          So I went in, I said hi to Obed and to Robert and

09:56:39AM 5  to Pistolita, and Robert told me, listen, this is easy, this

6  is simple.  You take the spoon, you take a little mountain of

7  heroin, you clean it with like a card, like a credit card, and

8  you put it inside the bag and then you fold it and you will

9  put tape.

09:57:16AM 10          And at the table there was heroin and cocaine on

11  another side.  And there was a lot of bags of heroin already

12  with heroin inside.  The only thing that needed to do was fold

13  them and put a piece of tape.  And there was two bowls, they

14  look like -- like the bowls for Halloween, the pumpkins that

09:57:53AM 15  the little kids use, just like that, full of heroin and bags

16  already folded with tape.

17          And there was another one with black bags that

18  that's where they put ten bags of heroin, that that's a

19  bundle.

09:58:21AM 20          After -- after I arrive, like three minutes after,

21  Javi arrive and he told me welcome to the family, that if they

22  already explain to me how will they pack it and Robert told

23  him yes, and he told me listen, this is how you do this.

24  Q.   Who said listen, this is how you do this?

09:58:49AM 25  A.   Javi.  And he took the spoon, he took a little mountain of

1   heroin, he cleaned it with the card, and he put it in the bag.

2   And he took another one, he cleaned it, and put it in the bag.

3           And he asked Obed if he explained to me how we do

4   the cocaine and Obed told him yes.  Because when I went in

09:59:27AM 5   after Robert explained to me about the heroin, Obed told me

6   about the cocaine.

7           That it was almost similar.  You take the spoon

8   with the credit card, you will clean it, and you will put it

9   like in a ziplock bag, very small, and there was a light up

09:59:55AM 10   candle that you will burn the top part of the bag so that

11   cocaine will not come out.

12  Q.   Do you remember how you got to the apartment that day?

13  A.   Yes.

14  Q.   How did you get there?

10:00:18AM 15  A.   Obed and Pistolita picked me up at my mother's house at

16  150 Van Aucker.

17  Q.   You said when you went in you said hello to Robert?

18  A.   Yes.

19  Q.   Now, before that day did you know who Robert was?

10:00:43AM 20  A.   Yes.

21  Q.   How did you know who Robert was?

22  A.   Because I already give him a hair cut.  He was the

23  stepfather of Jose Rodriguez, one of the guys that used to

24  hang out with me and Obed.

10:01:03AM 25  Q.   So you knew Roberto Figueroa from cutting his hair?

1  A.    Yes.

2  Q.    Before the first time that you worked the table?

3  A.    Yes.

4  Q.    You said that -- so Javi was not in the apartment when you

10:01:22AM 5  first got there?

6              MR. VACCA: Objection, leading.

7              THE COURT: Overruled.  Go ahead.

8              THE WITNESS: No.

9  BY MR. MARANGOLA:

10:01:29AM 10  Q.    When Javi got into the apartment did you recognize who he

11  was?

12  A.    Yes.

13  Q.    So you knew who Javi was before that day the first time

14  you worked the table?

10:01:45AM 15  A.    Yes.

16  Q.    How did you know who Javi was?

17  A.    Because I already give him a hair cut when -- when I give

18  a hair cut to Robert one time at Robert's house, he used to

19  live with Holly, that's on the west side behind Columbia.  And

10:02:10AM 20  Javi went there with his wife and his two kid and I give him a

21  hair cut and the two little kids, and his wife I pluck her

22  eyebrows.

23  Q.    That happened before the first time you worked the table?

24  A.    Yes.

10:02:28AM 25  Q.    When Javi said to you welcome to the family, what did you

1  understand that to mean?

2        **MR. VACCA:** Objection.

3        **THE COURT:** Overruled.  He can say what he believed.

4        **THE WITNESS:** That I was like -- that I was like in

10:02:50AM 5  the group of the workers.

6  **BY MR. MARANGOLA:**

7  Q.   When you say workers, do you mean workers who were cutting

8  hair?

9  A.   No.

10:02:58AM 10 Q.   What do you mean workers?

11 A.   Selling drugs.

12 Q.   Workers who were selling drugs?

13 A.   Yes.

14 Q.   At that first time did anyone say anything to you about

10:03:16AM 15 whether or not you would be paid for being a worker and doing

16 the work at the table?

17 A.   Yes.

18 Q.   Tell us about that.

19 A.   When Javi went in, that he told me welcome to the family

10:03:36AM 20 and he explain to me how we'll do the heroin, and he asked

21 Obed how to -- we do the cocaine, he said that they were gonna

22 pay me for that table $200, but that most of the time for the

23 table they will pay $500.

24 Q.   Who said that to you?

10:04:08AM 25 A.   Javi.

1  Q.    Did Javi say why he was only going to pay you 200 for that

2  first table, but 500 after that?

3  A.    No, but -- but I assume because it was --

4            **MR. VACCA:** Objection, Your Honor.

10:04:29AM 5            **THE COURT:** Sustained.  That will be stricken.

6  **BY MR. MARANGOLA:**

7  Q.    When you arrived there was -- you said a pile of heroin

8  was on the table?

9  A.    Yes.

10:04:41AM 10  Q.    Was there any indication of whether any heroin had been

11  packaged before you got there?

12            **MR. VACCA:** Objection.

13            **THE COURT:** Overruled.  He can talk about his

14  observations.

10:04:55AM 15            **THE WITNESS:** Yes.

16  **BY MR. MARANGOLA:**

17  Q.    What were those observations of whether or not heroin had

18  already been packaged at the time you arrived?

19  A.    Can you repeat the question?

10:05:08AM 20  Q.    Yeah.  You said there was a pile of heroin on the table?

21  A.    Yes.

22  Q.    And this is at the time you arrived?

23  A.    Yes.

24  Q.    Were there already packages of heroin or cocaine on the

10:05:23AM 25  table as well as the pile?

1  A.    Yes.

2  Q.    And that was at the time you arrived?

3  A.    Yes.

4  Q.    Okay. What happened after Javi told you about paying you

10:05:41AM 5  $500 to work the table in the future?

6  A.    Can you repeat the question?

7  Q.    Yes.  What did Javi tell you -- I'm sorry, what happened

8  after Javi told you he would pay you $500 for working the

9  table in the future?

10:06:02AM 10  A.    That Obed was gonna call me when I have to work and not to

11  tell -- and not to say anything specific over the phone.

12  Q.    Did you or other people continue to work the table?

13  A.    Yes.

14  Q.    What did Javi do?

10:06:30AM 15  A.    I don't understand the question.

16  Q.    When you and the others were sat down and continued to

17  work the table, what did Javi do?

18  A.    Oh, he left.

19  Q.    He didn't sit and stay with you in bagging the drugs?

10:06:45AM 20       **MR. VACCA:** Objection, Your Honor, asked and

21  answered.

22       **THE COURT:** Overruled.

23       **THE WITNESS:** No.

24  **BY MR. MARANGOLA:**

10:06:52AM 25  Q.    Did you end up getting paid money for working the table

1  that day?

2  A.   Not that same day.

3  Q.   When did you get paid?

4  A.   The next day.

10:07:05AM 5  Q.   How did you get paid?

6  A.   Obed picked me up and he took me to Fernwood and Javi paid

7  me.

8  Q.   How much did he pay you?

9  A.   $200.

10:07:21AM 10  Q.   Did he say anything when he paid you?

11  A.   No.

12  Q.   I'd like to show you Government's 71.  Do you recognize

13  what's shown in Government's 71?

14  A.   Yes.

10:07:42AM 15  Q.   What's shown in Government's 71?

16  A.   The house where Javier used to live on Fernwood.

17  Q.   Is that the place where you got paid the first time for

18  working the table by Javi?

19  A.   Yes.

10:08:04AM 20  Q.   All right. What was done -- well, after the first time did

21  you continue to work the table?

22  A.   Yes.

23  Q.   What was done with the bags of drugs that you filled at

24  the table?

10:08:21AM 25  A.   They will take it to Burbank to sell.

1           **MR. VACCA:** Objection, Your Honor.

2           **THE COURT:** Overruled.

3    BY MR. MARANGOLA:

4    Q.    You can answer.

10:08:33AM 5    A.    They will leave some packages at the house and they will

6    take drugs to Burbank to sell it.

7    Q.    All right. So the drugs you were packaging were for sale?

8    A.    Yes.

9    Q.    How often did you work the table packaging drugs for sale?

10:08:56AM 10   A.    Two or three times a week.

11   Q.    And when you work the table two to three times a week what

12   drugs were you packaging for sale?

13   A.    Heroin and cocaine.

14   Q.    Were you paid each time you worked the table?

10:09:18AM 15   A.    Yes.

16   Q.    How much?

17   A.    It depends.

18   Q.    What were you usually paid?

19   A.    $500.

10:09:28AM 20   Q.    How long a period of time, like how many minutes or hours,

21   would you typically sit while you were working the table

22   packaging drugs for sale?

23   A.    Like -- I can say like from 9 o'clock at night to

24   5 o'clock in the morning, 6 o'clock in the morning.  It

10:09:58AM 25   depends how much was the amount of drug that we were

1   packaging.

2   Q.   Was there a set schedule for a time that you started?

3   A.   No.

4   Q.   How would you know when it was time for you to work the

10:10:16AM 5   table?

6   A.   Obed will call me.

7   Q.   Now, you said sometimes it was 9 at night to 5 in the

8   morning?

9   A.   Yes.

10:10:29AM 10   Q.   When you worked the table was it always at night or was it

11   during the day sometimes?

12   A.   Always it was at nighttime.

13   Q.   Why was it always at night?

14          MR. VACCA: Objection, Your Honor.

10:10:47AM 15          THE COURT: Overruled.  If he knows.

16          THE WITNESS: Because that was the order that Javier

17   gave.

18   BY MR. MARANGOLA:

19   Q.   Now, if you worked the table for, say, eight hours can you

10:11:05AM 20   tell the jury how many bags of heroin and cocaine you would

21   fill in those eight hours?

22   A.   It depends how much was the heroin.  It could be 7,000

23   bags, 4,000 bags.

24   Q.   Can you describe the piles of powder that would be on the

10:11:32AM 25   table when you would work the table of heroin and cocaine?

1  A.    You trying to say the color?

2  Q.    No.  Well, you tell us the color, the color of heroin, the

3  pile of heroin and the color of the pile of cocaine, what did

4  they look like?

10:11:54AM 5  A.    The heroin was like -- like light brown, like beige color.

6  And the cocaine was white.

7  Q.    Can you show us with your hands on the ledge in front of

8  you about the sizes of the pile -- the size of the piles of

9  heroin and cocaine that would be on the table when you worked

10:12:20AM 10  the table packaging drugs for sale?

11              **MR. VACCA:** Objection, Your Honor.

12              **THE COURT:** Overruled.

13              **THE WITNESS:** A mountain like this.  Like this of

14  heroin.  And most of the time was two -- one on one side and

10:12:40AM 15  another one on the other side.  And when it was the cocaine it

16  wasn't that big the mountain.

17  **BY MR. MARANGOLA:**

18  Q.    All right. And you've moved your hand showing -- with

19  respect to the heroin -- a few inches high to represent the

10:12:57AM 20  pile of heroin; is that accurate?

21  A.    Can you repeat the question?

22  Q.    When you just showed us the pile of heroin, you referenced

23  a few inches high with your hands; is that an approximation of

24  what you just showed the jury?

10:13:16AM 25  A.    Yes.

1  Q.   And what was the -- you indicated the pile of cocaine will

2  be smaller?

3  A.   Yes.

4  Q.   And did you --

10:13:33AM 5          THE COURT: Mr. Vacca, hang on a second.

6          MR. MARANGOLA: I couldn't hear.

7          MR. VACCA: Your Honor, sidebar.

8          (WHEREUPON, a discussion was held at side bar out

9  of the hearing of the jury.)

10:13:59AM 10          THE COURT: Go ahead, Mr. Vacca.

11          MR. VACCA: Your Honor, my client explains to me

12  that the interpreter is using the slang word for cocaine

13  rather than the word needed in Spanish for cocaine.  Not

14  slang.  And that --

10:14:20AM 15          THE COURT: First of all, which interpreter is he

16  speaking of?

17          MR. VACCA: About the interpreter Ms. Soto.  Your

18  Honor, he indicates to me that the witness is using a slang

19  word for cocaine, *perico*, and the interpreter is using the

10:14:59AM 20  word for cocaine -- not the slang word, but cocaine.

21          THE COURT: Who is using the slang word?

22          MR. VACCA: The witness.

23          THE COURT: Okay.

24          MR. VACCA: That's my understanding..

10:15:14AM 25          THE COURT: Maybe Mr. Marangola can clear it up by

1   asking the witness a couple additional questions.

2          **MR. MARANGOLA:** Sure, Judge, so the record is clear,

3   the -- the witness isn't speaking into the microphone that the

4   defendant is hearing on.  The only speaking into the

10:15:29AM 5   microphone is the interpreter.

6          So he may not have heard what -- the word the

7   witness has said is actually *perico*, which is the Spanish word

8   for cocaine.  So -- but regardless --

9          **MR. VACCA:** Your Honor, he indicates that -- that he

10:16:46AM10   wants to hear the witness testify --

11          **THE COURT:** Well, apparently he can hear.

12          **MR. VACCA:** Yeah.

13          **THE COURT:** Okay.  We're all set, thank you.

14          (**WHEREUPON**, side bar discussion concluded.)

10:17:06AM15          **THE COURT:**  You may proceed.

16          **MR. MARANGOLA:** Thank you, Your Honor.

17   BY MR. MARANGOLA:

18   Q.   Where we last left off is you estimated the height of the

19   pile for heroin and indicated that the pile of cocaine was

10:17:19AM20   smaller.  Is it a fair approximation that -- of the estimation

21   of the pile of cocaine was approximately an inch to two inches

22   high?

23   A.   I will say like 3 inches.

24   Q.   And is that the same height or different height than the

10:17:47AM25   pile of heroin?

17

```
 1   A.    3 inches the heroin.
 2   Q.    Okay. The heroin pile was about 3 inches high?
 3   A.    Yes.
 4   Q.    And the cocaine pile was about how high?
 5   A.    Like 2.
 6   Q.    Okay. Now, you described the size of the piles and
 7   estimates on the number of bags.  Do you know what quantities
 8   as in the weight of the heroin or the cocaine that you would
 9   package for sale when you worked the table?
10   A.    Can you repeat the question?
11   Q.    Sure.  Can you tell us what was the weight or quantity of
12   the drugs that you packaged when you worked the table?
13   A.    Yes.
14   Q.    Can you tell us with respect to heroin?
15   A.    250 grams of heroin or 350 grams of heroin.  The most that
16   we will do was 450 of heroin.
17   Q.    So -- go ahead.
18   A.    And cocaine -- a 31 of cocaine or a 62 of cocaine.
19   Q.    When you say a 31 or a 62, what are you referring to when
20   you say 31 or 62?
21   A.    31 grams or 62 grams of cocaine.
22   Q.    Now, did you also -- was there crack that was also
23   packaged at times when you worked the table?
24   A.    Yes, but we didn't package it.
25   Q.    All right.
```

10:18:08AM  5
10:18:32AM 10
10:18:55AM 15
10:19:30AM 20
10:19:51AM 25

```
 1  A.    And it was -- and that was only in the Culver apartment.
 2  Q.    Okay. On the occasions where crack cocaine was packaged,
 3  what was the weight of the crack cocaine that was packaged?
 4  A.    I don't know.
 5  Q.    Okay. Can you describe what the crack cocaine looked like?
 6  A.    It was like a cracker, like a vanilla cracker and it looks
 7  like -- like the vanilla color, like clear.
 8  Q.    You say vanilla cracker or cookie?
 9  A.    Cookie.
10  Q.    About how high -- what was the thickness of the cookie?
11  A.    Like this.
12  Q.    You're approximating half an inch?
13  A.    Yes.
14  Q.    After the drugs were packaged how long would they stay in
15  the apartment?
16  A.    Like three -- three days, two days.
17  Q.    When you would return to the apartment each time you
18  worked the table, describe if there was still any bags left
19  that had already been packaged.
20  A.    Yes, but a few.
21  Q.    When you say a few, what do you mean?
22  A.    Like six packages.
23  Q.    All right. What was a package?
24  A.    It was ten bundle inside -- inside a clear bag.
25  Q.    Ten bundles of what?
```

10:20:17AM (line 5)
10:20:52AM (line 10)
10:21:15AM (line 15)
10:21:43AM (line 20)
10:22:07AM (line 25)

1   A.    Of heroin.

2   Q.    And you said before ten bags is one bundle?

3   A.    Yes, ten bags it will go inside a black bag, and that was

4   a bundle ten bags.

10:22:29AM 5   Q.    Ten of those would be a package?

6   A.    Ten of those black bags in one package in a clear bag.

7   Q.    That would be how many total bags of heroin then in a

8   package?

9   A.    100 bags.

10:22:49AM 10   Q.    Did you package heroin in the same thing as cocaine and

11   crack cocaine?

12   A.    Can you repeat the question?

13   Q.    Sure.  Can you describe the packaging that was used for

14   the heroin, the cocaine and the crack cocaine?

10:23:10AM 15   A.    Yes.

16   Q.    Go ahead.

17   A.    The cocaine it was like a very small ziplock bag; and the

18   crack it was like capsule -- like crystal, like the capsule

19   for perfume samples; and the heroin it was like a little bag

10:23:48AM 20   like paper.  It looked like the long pieces of gum.

21   Q.    The heroin?

22   A.    Where it will come, the heroin.

23   Q.    The bags for heroin?

24   A.    Yes.

10:24:06AM 25   Q.    Were there any stamps or designs or writing on any of the

1  bags?

2  A.   Yes.

3  Q.   On which type of bags would there be stamps or designs

4  that you remember?

10:24:23AM 5  A.   Heroin.

6  Q.   Do you recall what any of the designs or stamps were?

7  A.   One of the stamps it said blue magic, and a design -- one

8  of the designs was like a gladiator helmet.

9  Q.   Now, how did the stamps -- how did the writing blue magic

10:25:00AM 10  get on the bags?

11  A.   Whoever was working, we will put it in like with a puncher

12  that you put it in the ink and then you put it in the bag.

13  Q.   You would take something and put it in ink and then stamp

14  the bag?

10:25:30AM 15  A.   Yes.

16  Q.   Who was usually present when you worked the table?

17  A.   It was Robert, Roberto; Leitscha; Obed; Victor; Pistolita;

18  Javi's brother-in-law; those that I remember right now.

19  Q.   You said Javi's brother-in-law.  Do you remember his name?

10:26:20AM 20  A.   Naldi.

21  Q.   Naldi?

22  A.   N-A-L-D-I.

23  Q.   How often would Javi be there when you were working the

24  table at one of these apartments?

10:26:36AM 25            MR. VACCA: Objection, Your Honor.

1          **THE COURT:** Overruled.

2          **THE WITNESS:** Most of the time he will go in and he

3     will take the heroin, he will wait -- if it wasn't mixed with

4     anesthesia, he will make the anesthesia, he will mix it with

10:27:13AM 5     the heroin and he will put on the table the grams that they

6     were gonna package, and then he will leave; or if not he will

7     come up to the apartment sometimes to pick up the -- to pick

8     up like the money that they made when they were selling and he

9     will take it.

10:27:47AM 10   **BY MR. MARANGOLA:**

11    Q.   You testified earlier about the quantities that you would

12    bag each time.  Who decided how much was going to be bagged

13    each time you worked the table?

14    A.   Javi.

10:28:00AM 15   Q.   Now, when you first started working the table were you

16    also still working as a barber?

17    A.   Yes.

18    Q.   All right. And over the time that you worked for Javi from

19    May of 2015 until the end of 2016 did you work the table at

10:28:28AM 20   the same place?

21    A.   No.

22    Q.   Do you recall how many different places that you worked

23    the table during the time that you worked packaging drugs for

24    Javi?

10:28:42AM 25   A.   Yes.

1  Q.    How many places do you think?

2  A.    At the hospital apartment; and a building on East Main;

3  and Leitscha's apartment; and a Culver apartment.

4  Q.    All right. Now, you mentioned 108, that was the first

10:29:16AM 5  apartment I showed you this morning, the picture -- I'm sorry,

6  it was 106.  That's the place you refer to as what?

7  A.    The hospital apartment.

8  Q.    All right. If I can show you now Government's 94.  Do you

9  recognize what's shown in Government's 94?

10:29:46AM 10  A.    Yes.

11  Q.    What is that?

12  A.    East Main building.

13  Q.    What do you recognize -- first of all, which building in

14  Government's 94 do you recognize?  If you touch it on your

10:30:03AM 15  screen it will leave a mark for us.  You've circled the large

16  building in the center of that photograph; is that correct?

17  A.    Yes.

18  Q.    What do you recognize that building to be?

19  A.    The apartment where we used to package on East Main.

10:30:26AM 20  Q.    Do you remember any particular name or word that you

21  referred to that apartment as?

22  A.    The East Main building or the castle.

23  Q.    All right. I'm going to show you Government's 95.  If you

24  can clear your mark there on the screen?  Actually, before we

10:31:04AM 25  go to 95, let me show you Government's 90 .  Do you recognize

1  what's shown in Government's 90?

2  A.    Yes.

3  Q.    What do you recognize in Government's 90?

4  A.    The building where Leitscha has her apartment where we

10:31:27AM 5  used to package drugs.

6  Q.    You packaged drugs in an apartment shown in Government's

7  90?

8  A.    Yes.

9  Q.    And that was during the time that you worked for Javi?

10:31:39AM 10  A.    Yes.

11  Q.    All right. If we can go to 95?  Do you recognize any of

12  the buildings in 95?

13  A.    Yes.

14  Q.    Which building do you recognize in 95?  You've circled the

10:32:03AM 15  large brick building in the center of that photograph; is that

16  right?

17  A.    Yes.

18  Q.    What do you recognize that building to be?

19  A.    The building on Culver where we used to package drugs.

10:32:19AM 20  Q.    You went to an apartment inside that building to package

21  drugs?

22  A.    Yes.

23  Q.    Was that during the time you worked for Javi?

24  A.    Yes.

10:32:29AM 25  Q.    Do you recall what was -- of the locations that you've

1    just identified as places where you worked the table, do you

2    recall which was the last place that you were working the

3    table at?

4    A.    You asked me -- you're asking me the last time?

10:32:52AM 5    Q.    No, not the last time.   Which was the last location?

6    A.    The building on Culver.

7    Q.    That's the one shown on 95 on your screen?

8    A.    Yes.

9    Q.    I'm going to ask you if you recognize -- I'd like to show

10:33:17AM 10   you Government's 43.   You can clear your mark.   Do you

11   recognize the person shown in Government's 43?

12   A.    Yes.

13   Q.    Who is that?

14   A.    We used to call him the land door for East Main.

10:33:42AM 15   Q.    The landlord?

16   A.    Land door.

17   Q.    Land door?

18   A.    Yes.

19   Q.    For East Main?

10:33:53AM 20   A.    Yes.

21   Q.    What do you mean?

22   A.    We used to call him East Main because -- because he was

23   the land door of the building on East Main and the building on

24   Culver also.

10:34:13AM 25   Q.    The two buildings that we just showed you?

1  A.    Yes.

2  Q.    Do you know his name?

3  A.    No.

4  Q.    Did you ever deal with this person?

10:34:30AM 5  A.    Like I don't understand the question.

6  Q.    Did you ever have contact with this person?

7  A.    Yes.

8  Q.    Describe your contact with this person.

9  A.    I went to his house one time that they were doing like a

10:34:48AM 10  picnic and we were going in the pool at his house in Chili.

11  Q.    Who was there?

12  A.    Javi, Karina, myself, Javi's son Justin, Javier's wife

13  Nishy, and nobody else.

14  Q.    You testified that the locations where you worked the

10:35:29AM 15  table changed.  Can you tell us why they changed?

16  A.    Javier is the one that will say that we were gonna move.

17  Q.    Now, did you get a key to each of these apartments that

18  you worked the table at?

19  A.    No.

10:35:51AM 20  Q.    When you would go into one of these apartments, can you

21  describe what you'd see?

22  A.    Drugs, heroin, cocaine; the bags, like the bags that you

23  use for the airport, like luggage; and inside there was the

24  blenders where they will put the pieces -- if they will break

10:36:36AM 25  a piece of a kilo, they will put it there and they will shake

1    it to turn it into a powder; the spoons; a little purse with

2    the spoons; firearms; the containers of anesthesia.

3    Q.    What were the drugs kept in in these apartments?

4    A.    Most of the time in a closet.

10:37:12AM 5    Q.    Were they just like loose powder on the floor in a closet?

6    A.    No.

7    Q.    What would they be in?

8    A.    In a bag.

9    Q.    Would the bags be in anything?

10:37:27AM10    A.    Inside a bag.

11    Q.    All right. You said there were guns in these apartments.

12    Can you describe the guns?

13    A.    Yes.   There was AR-15.

14    Q.    An AR-15?

10:37:49AM15    A.    Yes.

16    Q.    Go ahead.

17    A.    Three AKs; a rifle, 9 millimeter; a .40; a .44; a Ruger

18    pistol, small one; and a .40 XD; and two Uzis.

19    Q.    How do you know the names and calibers of these weapons so

10:38:24AM20    well?

21    A.    Because the way they look and some of them Javi will say

22    what it was.

23    Q.    All right. What did you use while you were working --

24    while you were bagging the drugs at the table, did you have

10:38:55AM25    anything on your hands?

1    A.    Yes, sometimes we will use gloves and the little spoon,

2    very small.

3    Q.    When you say very small, describe the size of that little

4    spoon.

10:39:22AM 5    A.    Like smaller than the tip of my finger.

6    Q.    All right.  What did you do with the table after the drugs

7    had been bagged?

8    A.    Can you repeat the question?

9    Q.    Well, if all the powder had been put in the bags, was

10:39:48AM 10    there anything left on the table?

11    A.    No.

12    Q.    Would you clean the table?

13    A.    Yes.

14    Q.    What did you use to clean the table?

10:40:01AM 15    A.    A napkin and alcohol.

16    Q.    All right. If I can show you first Government's 614.  Do

17    you recognize anything shown in Government's 614?

18    A.    Yes.

19    Q.    What do you recognize in Government's 614?

10:40:32AM 20    A.    The rifle AK-47, and the rifle R-15, and the rifle

21    9 millimeter.

22    Q.    Where do you recognize those weapons that are shown in

23    Government's 614 from?

24    A.    From the Culver apartment that I saw them.

10:41:00AM 25    Q.    Can you touch your screen and show us which weapon is

1  which that you recognize?  For the record you've circled the

2  one toward the bottom of that bag showing some -- some wood in

3  the photograph as part of the weapon?

4  A.    Yes.

10:41:27AM 5  Q.    What weapon is that that you recognize?

6  A.    AK-47.

7  Q.    All right. What's the next weapon?  You've made a mark for

8  the weapon immediately above the one you just previously

9  identified as an AK-47.  What do you recognize that weapon to

10:41:54AM 10  be?

11  A.    AR-15.

12  Q.    And any other weapons in this photograph you recognize?

13  And you've circled the weapon at the top of the bag above the

14  mark you just made; is that correct?

10:42:13AM 15  A.    Yes.

16  Q.    What do you recognize that weapon to be?

17  A.    The 9 millimeter rifle.

18  Q.    We can show you Government's 598.  All right, I'll

19  withdraw that.

10:42:54AM 20            Show you Government's 612.  If you can clear your

21  mark on your screen there?  What -- do you see anything in

22  Government's 612 that you recognize?

23  A.    Yes.

24  Q.    What do you see in Government's 612 that you recognize?

10:43:18AM 25  A.    The luggage, like the ones that you use for the airport.

1  Q.    What do you recognize the luggage from?

2  A.    I seen it in the Culver apartment.

3  Q.    What else do you recognize in the photo?

4  A.    The blender that they use.

10:43:47AM 5  Q.    You just circled -- after circling on the bottom portion

6  of the photograph, you just circled about in the center of the

7  photograph a silver item; is that correct?

8  A.    Yes.

9  Q.    Where do you recognize that silver item from that you

10:44:02AM10  circled?

11  A.    In the apartments where -- where we used to package drug.

12  Q.    What is the item that you circled?

13  A.    That was the blender that they use for -- when they were

14  breaking a piece of the kilo, they will put it inside and they

10:44:29AM15  will make it into a powder or when they were mixing the heroin

16  with the anesthesia they will put it in there together and

17  they will mix it.

18  Q.    You said they.  Who did you see doing all those things

19  that you just described?

10:44:49AM20  A.    Javi.

21  Q.    Did you see anyone else doing those things that you

22  described with the blender and the mixing?

23  A.    No.

24  Q.    All right. If you can clear your marks?  With respect to

10:45:16AM25  crack, crack cocaine, did you ever see anyone cook crack

1    cocaine at any of these apartments?

2    A.    Yes.

3    Q.    Who?

4    A.    Javi.

10:45:29AM 5    Q.    Did you see anyone other than Javi cook crack cocaine?

6    A.    No.

7    Q.    Can you tell us what you saw Javi do when he cooked crack

8    cocaine?

9    A.    You're asking me where?

10:45:46AM 10   Q.    No, what?  What he did.

11   A.    He will take a glass bowl like straight up like this, and

12   he will put cocaine, he will put baking soda and he will put

13   Albuterol -- that's like when people have asthma, they're like

14   the drops that you put in the machine.

10:46:33AM 15            And then he will put water and he will put it on

16   the fire, he will move it like this and with a spoon, a metal

17   spoon that is like thin at the end, he will mix it.

18            And when it was -- and when it was like

19   evaporating, almost drying, like getting together like mixing,

10:47:11AM 20   then he will open the cold water and he will put a little bit

21   of cold water.

22   Q.    What would happen after that?

23   A.    He will leave it there for a few minutes and it will dry

24   all and it will turn into a cookie.  And then with a napkin he

10:47:40AM 25   will remove the little bit of water that was left and he will

1    take that cookie out and he will leave it over the napkin

2    until it finished drying completely.

3    Q.    Describe -- you said it looked like a cookie?

4    A.    Yes.

10:48:01AM 5    Q.    Was it a powdery substance when it was done the crack

6    cocaine?

7    A.    No.

8    Q.    Describe what it was like.

9    A.    Hard like in the form of a cookie.

10:48:20AM 10   Q.    Now, did you know how to cook crack cocaine yourself?

11   A.    Now, yes.

12   Q.    When you say now, what do you mean?

13   A.    Because I learned.  Javi taught me.

14   Q.    How much cocaine did Javi start with when he cooked

10:48:43AM 15   cocaine into crack cocaine?

16            **MR. VACCA:** Objection, Your Honor.

17            **THE COURT:** Overruled.  If he knows.

18            **THE WITNESS:** A 31 of cocaine.

19   **BY MR. MARANGOLA:**

10:49:00AM 20   Q.    After the crack was in the cookie form, what was done with

21   it?

22   A.    He will break it in small pieces and he will put it inside

23   the capsules and then they will sell it.

24   Q.    Who would break the crack cocaine into small quantities?

10:49:32AM 25   A.    Javi.

1   Q.   How did he do it?

2   A.   With a blade.

3   Q.   Was Javi the only one that would break the cookie with the

4   razor blade?

10:49:48AM 5   A.   Yes.

6   Q.   Who would bag the little pieces of crack cocaine after

7   Javi broke it off with the razor blade?

8   A.   Himself.

9   Q.   Can you tell us about how many times you saw Javi cook

10:50:12AM10   crack cocaine?

11   A.   Like -- I'm gonna say like five times or six times.  I'm

12   not 100% for sure how many times.

13   Q.   All right. Were there occasions where you saw cookies of

14   crack cocaine in these apartments when Javi had not been

10:50:39AM15   cooking right there that day?

16   A.   You're asking me if I saw cookies when he wasn't -- when

17   he wasn't cooking them?

18   Q.   Yes.

19   A.   Yes.

10:50:54AM20   Q.   How many times have you seen cookies of crack cocaine when

21   Javi wasn't there cooking?

22   A.   Like six or seven times.

23   Q.   And do you know what those cookies weighed?

24   A.   No.

10:51:15AM25   Q.   Do you know how much the bags of -- the small bags of

1   cocaine would be sold for?

2   A.   Yes.

3   Q.   How much?

4   A.   $5.

10:51:33AM 5   Q.   The crack cocaine were $5?

6   A.   No.

7   Q.   What was $5?

8   A.   Of cocaine, only cocaine.

9   Q.   How much would the bags of crack cocaine be sold for?

10:51:53AM10   A.   10.

11   Q.   All right. You described -- or mentioned earlier Javi

12   mixing heroin?

13   A.   Yes.

14   Q.   Tell us what you saw Javi do when he mixed heroin.

10:52:17AM15   A.   He will take the little containers of anesthesia first and

16   with a screwdriver he will remove the metal cover and like a

17   glass mold, he will put something that it was -- that it was

18   square, very light, but it looked like it was -- it was like a

19   square of sugar, and he will put the anesthesia on top of that

10:53:03AM20   and he will put it in the microwave and he will heat it up

21   until it started turning yellow.

22           When it was turning yellow, he will take it out and

23   he will put it on the floor and with a fan he will put the fan

24   to air it so to dry.  When it was dry, with a blade he was

10:53:36AM25   taking it out.  And they kept doing that a can at a time in

1    the mold.

2    Q.   You said they kept doing that.  Who did you see do that?

3    A.   I did, Obed did, Javi did.

4    Q.   And you're talking about cooking the anesthesia?

10:54:06AM 5    A.   Yes.

6    Q.   What form -- when you first started with the anesthesia,

7    what did it look like?

8    A.   Clear.

9    Q.   Clear what?

10:54:18AM 10    A.   Like water, liquid like water.

11    Q.   When you were done cooking it as you're describing what

12    did it look like?

13    A.   It will dry up -- dry like when you -- when you leave

14    toothpaste outside like that, like a piece and it dries up and

10:54:46AM 15    it turns like -- like a peel that it will break apart, like

16    that.

17    Q.   All right. Now, where did this anesthesia come from, these

18    bottles you described?

19    A.   It was from a veterinarian.

10:55:04AM 20    Q.   How do you know they were from a veterinarian?

21    A.   Because Obed told me.

22    Q.   What would be done with the anesthesia after it was cooked

23    and dried?

24    A.   They will remove it all, they will put it all together --

10:55:29AM 25    Q.   Who is they?

1  A.    Javi or Obed.

2  Q.    Okay.

3  A.    And Javi will take it and he will put it in the blender,

4  will turn into powder, he will weigh it, and will take the

10:55:53AM 5  grams that he was gonna mix with heroin.

6  Q.    So the anesthesia would get cooked and then it will be put

7  in a blender and turned into powder?

8  A.    Yes.

9  Q.    And who mixed the powder with heroin?

10:56:16AM10  A.    Javi.

11  Q.    Did you do that?

12  A.    No.

13  Q.    Did Obed do that?

14  A.    No.

10:56:22AM15  Q.    Why not?

16  A.    Because they didn't know how to do it.

17  Q.    Well, can't you just take powder and another powder and

18  dump it together?

19  A.    No, because if you know how to mix it -- you don't know

10:56:41AM20  how much quantity to make, you can make -- you can make that

21  the person die when they use the drug.

22  Q.    So did you see the quantity of heroin that Javi mixed with

23  the quantities of anesthesia?

24  A.    Yes, sometimes I saw.

10:57:00AM25  Q.    On the occasions that you saw it, what quantities of

1   heroin did he mix with the anesthesia?

2   A.    100 grams of heroin, he will put 70 of anesthesia.

3   Q.    He would mix 70 grams of anesthesia with 100 grams of

4   heroin?

10:57:24AM 5   A.    Yes.

6   Q.    And then -- how did you know it was 100 grams of heroin?

7   A.    Because I saw when he will weigh it.

8   Q.    What did he weigh it on?

9   A.    On a scale.

10:57:41AM 10   Q.    Did Javi mix anything else with the heroin in addition to

11   the anesthesia?

12   A.    Yes.

13   Q.    What did you see him mix with the heroin in addition to

14   the anesthesia?

10:57:55AM 15   A.    Sometimes he will -- they will add poly, that I think in

16   English they call it Xanax.

17   Q.    Xanax?

18   A.    I think in English that's what they call Xanax.

19   Q.    So it's a pill?

10:58:16AM 20   A.    Yes.

21   Q.    All right. What was done with the pills?

22   A.    And Percocet also.

23   Q.    And Percocet pills?

24   A.    Yes.

10:58:26AM 25   Q.    What were done with those kinds of pills?

1    A.    They will blend it, they will turn into powder, and they

2    will mix it to make like a cut, and put the heroin stronger.

3    Q.    Now, who would blend the pills?

4    A.    Javi.

10:58:51AM 5    Q.    Did you ever blend pills?

6    A.    No.

7    Q.    Did you see anyone else blending pills?

8    A.    No.

9    Q.    When the pills are blended what do they look like

10:59:01AM 10    afterward?

11    A.    Like powder.

12    Q.    In addition to the anesthesia and the pills, do you recall

13    Javi mixing anything else with the heroin?

14    A.    Not that I remember.

10:59:34AM 15    Q.    All right. Mr. Camacho, did you use heroin or cocaine or

16    crack cocaine?

17    A.    No.

18    Q.    Did you use any drugs?

19    A.    Yes.

10:59:44AM 20    Q.    What drugs did you use?

21    A.    Marijuana.

22    Q.    All right. Now, you said that Javi was the only one that

23    mixed the heroin with the cut; is that correct?

24    A.    Yes.

11:00:00AM 25    Q.    What about the guns?  Did everyone have access to the guns

1  or just Javi?

2  A.   No.   Javi and Tapon will keep one pistol at his house.

3  Q.   How did you know there were guns in the apartment?

4  A.   Because I seen it when they will take them out.

11:00:35AM 5  Q.   When you say they, tell the jury who you saw take the guns

6  out while you were in the apartment.

7  A.   Javi.

8  Q.   Tell us what you saw Javi do with the guns when he took

9  them out in the apartment.

11:00:51AM 10  A.   One time took them out and they put it over a table.

11  Q.   Did you say they or he?

12  A.   Him.

13  Q.   What did you see Javi do?

14  A.   He took them out and put it all on top of a table and he

11:01:14AM 15  was taking the R-15 and he was moving the part that you -- you

16  make the bullet to go up like to get it ready to fire, and he

17  was saying that -- that R-15 was new, but it was missing a

18  part from the back, that that's why it wasn't working.

19          And he took the AK-47, the one that has the wood,

11:01:56AM 20  and he put the magazine and he moved the part that you make

21  that -- to be ready to fire, and he moved it various time to

22  check if it was good.

23          And every time he will move it back and forth, the

24  bullets will come out and he will say that that was new.

11:02:30AM 25  Q.   When you say the bullets come out, you're not talking

```
 1   about firing the gun?
 2   A.   No.
 3   Q.   He's moving a part, not the trigger?  He's not squeezing
 4   the trigger?
 5   A.   No.
 6   Q.   He's moving a part on top of the gun?
 7   A.   Yes.
 8   Q.   Now, you said you saw the bullets come out.  Did you also
 9   see quantities of ammunition in the apartments where you
10   worked the table?
11   A.   Yes.
12   Q.   Now, Mr. Camacho, in addition to the people that you've
13   identified as working for Javi, did you ever -- were you
14   familiar with any of the individuals that Javi sold larger
15   quantities of drugs to?
16   A.   I think like two person.
17   Q.   Do you remember any of the names -- when I say larger, I
18   mean more than a $5 bag of cocaine?
19   A.   Yes.
20   Q.   Do you remember any of the names or nicknames of those
21   individuals?
22   A.   Noel.
23   Q.   Noel?
24   A.   Yes.
25   Q.   Let me show you what's in evidence as Government's 56.  Do
```

11:02:44AM (line 5)
11:03:00AM (line 10)
11:03:23AM (line 15)
11:03:48AM (line 20)
11:03:59AM (line 25)

1  you recognize the person shown in Government's 56?

2  A.   Yes.

3  Q.   Who is the individual shown in Government's 56?

4  A.   Noel.

11:04:26AM 5  Q.   Do you know his last name?

6  A.   No.

7  Q.   How do you recognize the person in Government's 56 as

8  Noel?

9  A.   Because he used to get hair cuts at the barber shop and I

11:04:46AM 10  saw him go to Burbank once when he -- he had -- because he had

11  like a white BM, white.

12  Q.   A white BMW you're talking about?

13  A.   Yes.

14  Q.   You saw him where on Burbank with a white BMW?

11:05:10AM 15  A.   At Javi's house.

16  Q.   And how do you know this was one of the individuals that

17  was getting larger quantities of cocaine from Javi?

18  A.   Because that time that I saw him he went to Javi's house

19  to buy a half a kilo of cocaine and Javi told him no, and I

11:05:42AM 20  asked him what happened and he told me that he used to sell

21  him before, but now he was hanging out with some people that

22  they weren't good.

23  Q.   Who said he used to sell to him before?

24  A.   Javi.

11:06:11AM 25          THE COURT: I think this is a good time for a break.

1          **MR. MARANGOLA:** Thank you, Judge.

2          **THE COURT:** Ladies and gentlemen, at this time we'll

3   take a recess.  In the meantime, I'd ask you not discuss the

4   matter or allow anybody to discuss the matter with you.  Jury

11:06:18AM  5   may step down.

6              (**WHEREUPON**, there was a pause in the proceeding).

7              (**WHEREUPON**, the defendant is present).

8          **MR. VACCA:** Judge, can we have a sidebar?

9              (**WHEREUPON**, a discussion was held at side bar out

11:41:04AM 10   of the hearing of the jury.)

11          **THE COURT:** Go ahead, Mr. Vacca.

12          **MR. VACCA:** On the break the interpreter and the

13   defendant and myself were -- so we met, the interpreter,

14   Mr. Figueroa and myself and Mr. Figueroa has some concerns

11:41:41AM 15   about the interpretations.

16          **THE COURT:** Whose interpretation?

17          **MR. VACCA:** Ms. Soto.

18          **THE COURT:** Okay.

19          **MR. VACCA:** He indicates that the witness on some

11:41:52AM 20   occasions has said one thing and he feels that it's being

21   interpreted another way by Ms. Soto, particularly --

22   apparently a word called *perico*, which I guess means parakeet

23   or whatever, but a witness was talking about *perico*, which is

24   parakeet and Ms. Soto was interpreting it as cocaine.

11:42:14AM 25          I'm not -- I can't speak Spanish, but it's a

1  concern my client has.

2              **THE COURT:** Okay, how about this?  Let Mr. Marangola

3  ask about the word.  What is it?

4              **MR. VACCA:** *Perico*.

11:42:28AM 5              **THE COURT:** If he's talking about a parakeet here,

6  that's Mr. Figueroa's argument?

7              **MR. VACCA:** That's Mr. Figueroa's argument.

8              **THE COURT:** I think he's got bigger things to worry

9  about --

11:42:37AM 10              **MR. VACCA:** I understand, Judge.  He asked me just

11  to convey that to the Court.

12              **THE COURT:** That's fine.  Mr. Marangola, can you

13  clear that up?

14              **MR. MARANGOLA:** I'll ask.

11:42:46AM 15              **THE COURT:** Make sure he's not talking about

16  parakeets here.

17              **MR. MARANGOLA:**  I will ask.

18              **THE COURT:** Okay, great.  Thank you.

19              (**WHEREUPON**, side bar discussion concluded.)

11:44:18AM 20              (**WHEREUPON**, the jury is present).

21              **THE COURT:**  You may continue.

22              **MR. MARANGOLA:** Thank you, Your Honor.

23  **BY MR. MARANGOLA:**

24  Q.   Mr. Aponte Camacho, a few minutes ago before we took our

11:45:47AM 25  recess you mentioned -- you identified an individual named

1   Noel who had come to Javi's house to purchase a half kilo of

2   cocaine.  Do you recall that?

3   A.   Yes.

4   Q.   By the way, when you say -- what's the Spanish word that

11:46:06AM 5   you're using for cocaine?

6   A.   *Perico*.

7   Q.   Okay. And when you say the word *perico*, are you referring

8   to a parakeet or cocaine?

9   A.   Cocaine.

11:46:21AM 10   Q.   Have you heard Ms. Soto translate for you when you said

11   the word *perico*?

12   A.   Yes.

13   Q.   And have you heard her say the word cocaine?

14   A.   Yes.

11:46:36AM 15   Q.   And is that what you meant when you said the word *perico*

16   in your testimony in this trial?

17   A.   Yes.

18   Q.   Mr. Aponte Camacho, you testified about working the table

19   two to three days a week; is that right?

11:47:01AM 20   A.   Yes.

21   Q.   And bagging thousands of bags of drugs?

22   A.   Yes.

23   Q.   Did you ever get sick of working the table?

24   A.   Yes.

11:47:14AM 25   Q.   Did you ever refuse to work the table when you were

44

1  called?

2  A.    Yes.

3  Q.    Can you tell us about that?

4  A.    Obed called me when I was gonna go in the shower and he

11:47:36AM 5  told me that we have to go to work, and I just recently came

6  out of the barber shop and I told him that today I couldn't,

7  and he told me okay, so call him and you tell him.

8           And I ask him if he was there with them --

9  Q.    When you say him and he, can you tell us who you're

11:48:03AM10  referring to?  You said Obed said for you to call him?

11  A.    Javi.

12  Q.    Obed said for you to call Javi?

13  A.    Yes.

14  Q.    All right. Go ahead, continue.

11:48:20AM15  A.    And I told him that if he was there with him --

16  Q.    Who is the he and him?

17  A.    If he was there with him, him is Obed.

18  Q.    All right. Just use their names instead of he or him.

19  How's that?

11:48:48AM20  A.    I asked Obed if Obed was with Javier there.  And he said

21  yes.  And I told him tell him that I'm not gonna go to work.

22  Q.    What happened after that?

23  A.    Oh, he tell me hey, damn, you're crazy, and he hang up.

24  Q.    Obed said that?

11:49:18AM25  A.    Yes.

1  Q.    Did you work the table after that?

2  A.    Yes, but I was without working like -- like two or three

3  weeks, like two weeks.

4  Q.    Two -- two weeks after that call that you just described

11:49:46AM 5  with Obed?

6  A.    Yes.

7  Q.    What happened after two weeks after that call?

8  A.    They stopped calling me.  Obed stopped calling me.

9  Q.    And what happened?

11:50:04AM 10  A.    And I asked him if they were still working and he said

11  yes.  But that they were not calling me because Javi was mad

12  at me because I refused to work.

13  Q.    After Obed told you that did you try to work things out?

14  A.    No.

11:50:33AM 15  Q.    Did you ever work the table again?

16  A.    Yes.

17  Q.    How did it come about that you worked the table again?

18  A.    I went up to give Javi a hair cut in Leitscha's apartment

19  and they were already working and he told me, son, I haven't

11:51:03AM 20  called you anymore because you're being lazy and you don't

21  want to work.

22  Q.    What did you say?

23  A.    I will say that -- that sometimes I will get out of the

24  barber shop tire d, especially Friday and Saturdays, that it

11:51:29AM 25  was a day that I will give more hair cuts and to get out of

1  the barber shop late at night already tired, night working

2  packaging, that it was hard.

3  Q.   What was Javi's response to you telling him that it was

4  hard?

11:51:49AM 5  A.   That it was okay, that I was gonna work today, but not to

6  be lazy anymore.

7  Q.   Did you return to working the table after that?

8  A.   Yes.

9  Q.   During the time you worked for Javi I think you testified

11:52:09AM 10  yesterday there were certain individuals that were arrested by

11  the police?

12  A.   Yes.

13  Q.   Who were some of those individuals?

14  A.   Obed; Yankee; and Pistolita.

11:52:27AM 15  Q.   Was there ever any discussion with any members of the

16  group about whether Javi -- about what Javi would do if you

17  were arrested?

18          MR. VACCA: Objection, Your Honor, speculative.

19          THE COURT: Sustained to the form of the question.

11:52:45AM 20  BY MR. MARANGOLA:

21  Q.   Did you and other members of the group ever discuss

22  whether or not Javi would do anything for you if you were

23  arrested?

24          MR. VACCA: Objection, Your Honor.

11:52:55AM 25          THE COURT: Overruled.  He's talking about members

1 | of the group.

2 |      **THE WITNESS:** Can you repeat the question again?

3 | **BY MR. MARANGOLA:**

4 | Q.   Yes.  Did you or other members of the group ever have

11:53:09AM 5 | conversation whether Javi would do anything for you if you

6 | were arrested?

7 | A.   Yes.

8 | Q.   Can you tell us about those discussions?

9 |      **MR. VACCA:** Objection, Your Honor.

11:53:18AM 10 |      **THE COURT:** Overruled.  Go ahead.

11 |      **THE WITNESS:** That Javi was going to pay for the

12 | attorney and if we had a bail, Javi was gonna pay for the

13 | bail.

14 |      I talked to Obed about that and one time Nishy's

11:53:42AM 15 | brother, he was arrested at Burbank and he was in jail.  And

16 | when he got out, I was in front of Javi's house with Javi and

17 | when I saw him, that he got out of the car, Nishy's brother, I

18 | say, God, look, Naldi is out.

19 |      And he said yes, yes, I don't leave anybody behind.

11:54:20AM 20 | **BY MR. MARANGOLA:**

21 | Q.   Who said I don't leave anybody behind?

22 | A.   Javi.  But that he left him a few weeks so that he can get

23 | clean.

24 | Q.   Who?

11:54:31AM 25 | A.   Because he used heroin.

1    Q.   Who left who for a few weeks?

2    A.   Javi left Naldi like in prison, in the jail a few weeks so

3    that he can get clean because he used heroin.

4    Q.   All right.  Did your involvement in working for Javi at

11:54:55AM 5    some point change from just working the table packaging drugs

6    for sale?

7    A.   Yes.

8    Q.   Can you describe how your involvement changed?

9    A.   I was selling.

11:55:13AM 10   Q.   You started selling drugs yourself?

11   A.   Yes.

12   Q.   Do you recall approximately when it was that you first

13   started selling drugs?

14   A.   I think it was at the beginning of 2016.

11:55:30AM 15   Q.   Where did you get the drugs that you were selling?

16   A.   From Javier.

17   Q.   What was the area that you first started selling yourself?

18   A.   In a street called LaForce.

19   Q.   Showing you what's marked Government's 82.  Do you

11:56:02AM 20   recognize what's shown in that photograph?

21   A.   Yes.

22   Q.   What's shown in Government's 82?

23   A.   The house where I used to sell drugs at LaForce.

24   Q.   How did it come about that you started selling drugs on

11:56:17AM 25   LaForce?

1  A.   Because there were barely any workers and we started

2  working, Obed and I, 24 hours from 6 a.m. a day to 6 a.m. the

3  next day.

4  Q.   How did it start?  How did you start selling over on

11:56:46AM 5  LaForce Street?

6  A.   I don't understand what you're trying to ask me.

7  Q.   Well, did you just take bags from working the table and

8  walk down to LaForce Street and decide you were going to sell

9  them for yourself?

11:57:03AM 10  A.   No, Javi sent Obed and I to sell.  But we were still

11  working at the table.

12  Q.   And when you say Javi sent you and Obed where to sell,

13  where did Javi send you?

14  A.   To LaForce.

11:57:21AM 15  Q.   Did he send you to a particular area on LaForce?

16  A.   Yes, a house that he rented.

17  Q.   How did you know which was the house to go to?

18  A.   Because he told us.

19  Q.   Do you see the house that he told you on LaForce in this

11:57:42AM 20  photo marked Government's 82?

21  A.   Yes.

22  Q.   For the record you circled the house in the center?

23  A.   Yes.

24  Q.   And in the middle of your circle are the numbers 16 on

11:57:57AM 25  that house; is that right?

1    A.    Yes.

2    Q.    All right. If you can clear your mark there?  Can you tell

3    us after Javi sent you and Obed to sell at 16 LaForce, how did

4    it work?  How did the selling that you did there work?

11:58:25AM 5    A.    This window in the front, we will put two chairs facing

6    each other so I will look at the cars that will come from this

7    side of the street and the other one will see the other cars

8    that were coming from the other side of the street.

9    Q.    So the chairs you're talking about would be inside the

11:58:54AM10    house?

11    A.    Yes.

12    Q.    And you would be facing each other?

13    A.    Yes.

14    Q.    For the record you've made marks on the side of the

11:59:06AM15    photograph and you circled the window to the right of the

16    house marked No. 16; is that correct?

17    A.    Yes.

18    Q.    How did you decide to sit in chairs facing opposite

19    direction to watch for cars coming down the street?

11:59:32AM20    A.    So each of us will be paying attention for when the police

21    will come in.

22    Q.    All right. Tell us how you would actually sell the drugs

23    when you were at that house, 16 LaForce.

24    A.    When the customer will come, we will go to the back window

11:59:52AM25    and we will take care of them in the back window; or if not,

1  behind the house.

2  Q.   When you say take care of them, what do you mean?

3  A.   We will sell to them --

4  Q.   And --

12:00:08PM 5  A.   -- heroin, cocaine or crack.

6  Q.   -- when you would sell heroin, cocaine or crack, what

7  would you -- they would give you money for it?

8  A.   Yes.

9  Q.   How much did you sell the different bags for?

12:00:25PM 10  A.   The heroin bags $5; and the bags of cocaine $5; and the

11  capsules of crack $10.

12  Q.   Where would you get the drugs from that you were

13  selling -- those bags of or capsules, whether it was the

14  heroin, cocaine or crack?

12:00:51PM 15  A.   Can you repeat the question?

16  Q.   Sure.  Where did you get the drugs that you sold at 16

17  LaForce from?

18  A.   From Javi from the drug that was saved at the apartments.

19  Q.   Would Javi hand you packages of drugs to sell at LaForce?

12:01:07PM 20  A.   No.

21  Q.   Who would hand you the packages of drugs to sell at

22  LaForce?

23  A.   At the beginning it was Robert, and after it was Tapon.

24  Q.   And would you sell there by yourself or with another

12:01:30PM 25  individual each time you sold?

1  A.   Always with another individual.

2  Q.   And how long would you sell for at the house on LaForce at

3  a time?

4  A.   Can you repeat the question?

12:01:47PM 5  Q.   How long would you sell at a time when you went to sell at

6  16 LaForce?

7  A.   I don't understand what you say at the time.

8  Q.   When you were selling at this house No. 16, would you sell

9  for one hour at a time or six hours at a time?

12:02:09PM 10  A.   No, from 6 a.m. at day until 6 a.m. the next day; 24

11  hours.

12  Q.   You would sell continuously for 24 hours?

13  A.   I will sell for 24 hours, we will take a break for two

14  days, and then we will come back again.

12:02:33PM 15  Q.   So you worked one out of every three days?

16  A.   Yes, at the beginning it was like that, but after there

17  wasn't a lot of workers and we were working 24 hours, one day

18  of rest, and we will go back and work again.

19  Q.   So after a while you moved to every other day you were

12:03:02PM 20  working for 24 hours?

21  A.   Yes.

22  Q.   Who were the -- some of the workers that sold heroin,

23  cocaine and crack at 16 LaForce?

24  A.   Obed, Victor, Tapon, Gargola and myself.

12:03:27PM 25  Q.   Was the heroin, cocaine and crack that you sold at LaForce

1    packaged in the same way you had described as when you worked

2    the table?

3    A.   You're asking me if it was packed the same way?

4    Q.   Yes.

12:03:54PM 5    A.   Yes.

6    Q.   What would you do when you started to run low on the bags

7    of drugs you were selling?

8    A.   I will call the runner, that was the one that will bring

9    you more drug when we were running out, the one that was in

12:04:17PM 10   charge of doing that.

11   Q.   Who was the runner for LaForce?

12   A.   At the beginning it was Robert, and then it was Tapon.

13   Q.   For most of the time that you sold there who was the

14   runner?

12:04:31PM 15   A.   Tapon.

16   Q.   Now, you testified earlier about being paid to work the

17   table.  Were you paid to sell drugs at 16 LaForce?

18   A.   Yes.

19   Q.   How were you paid?

12:04:47PM 20   A.   It was a dollar for each bag of drugs and cocaine.

21   Q.   A dollar for each bag of what?

22   A.   Of heroin and cocaine, and for crack $2.  And that Obed

23   and I will -- will split it half and half of whatever we sell.

24   Q.   So in a typical 24-hour shift selling bags of heroin,

12:05:21PM 25   cocaine and crack at LaForce, how much would you make?

1    A.   We could make 600 each of us.   So 1200.   Or 700 a good day

2    each of us.

3    Q.   So if -- say each of you made 700, that meant combined you

4    would have 1400 between the two of you?

12:05:58PM 5    A.   Yes.

6    Q.   And if you were being paid a dollar per bag, that would

7    mean you would have sold -- if it was just one dollar per bag,

8    approximately 1400 bags of heroin or cocaine?

9    A.   Yes.

12:06:15PM 10   Q.   But now you said that crack cocaine would sell for $2?

11   A.   Yeah, the crack was for $2.

12   Q.   Did you sell more heroin or crack cocaine?

13   A.   Heroin.

14   Q.   Did there come a time when you stopped working at the

12:06:40PM 15   barber shop?

16   A.   Yes.

17   Q.   Do you remember about when that was?

18   A.   In 2016.   It was two times that I stopped working at the

19   barber shop.   One time I got in a fight with -- with the owner

12:07:09PM 20   of the barber shop; and then I came back to the barber shop

21   and after I left because I was making more money in the

22   street.   So the first time it was in 2015, and the second time

23   was in 2016.

24   Q.   When you said you were making more money in the street,

12:07:39PM 25   what did you mean that you were making more money doing what?

1  A.   Working the table and selling drugs at LaForce.

2  Q.   Than cutting hair?

3  A.   Yes.

4  Q.   Can you describe the street, LaForce Street, after you had

12:08:01PM 5  been selling in the area of the house at No. 16?  Describe the

6  street LaForce, what that area looked like after you guys had

7  been selling at No. 16 for a while.

8  A.   You see a lot of people coming in and out, the addict,

9  that they were buying heroin, cocaine and crack.  And you will

12:08:29PM 10  see a lot of police movement driving through the street.

11  Q.   Did you see a lot of police cars on the street?

12  A.   Yes.

13  Q.   Did you continue to sell at LaForce despite there being

14  more police activity on LaForce?

12:08:56PM 15  A.   Yeah, we were there for a time more selling, but not

16  inside the house.

17  Q.   Why did you continue to sell in that area if there was

18  more police in that area?

19  A.   Because we couldn't sell whatever we wanted to.  Javier,

12:09:20PM 20  he said that that's what we had to sell, Javi.

21  Q.   Did you discuss what to do about the police being in the

22  area?

23  A.   Can you repeat the question?

24  Q.   Well, did you ever talk about whether you should move the

12:09:37PM 25  selling from LaForce because there was more police in the

1   area?

2   A.   One time after Obed got arrested.

3   Q.   Before Obed got arrested were you still selling at 16

4   LaForce?

12:10:01PM 5   A.   Not inside the house.

6   Q.   How did things change?

7   A.   We sell in the street and the drug, we will save it,

8   sometime we will save it in an empty lot that it was like --

9   there was like a tree trunk on the ground and we put it like

12:10:33PM 10   under the trunk; or if not sometimes we will lift the -- I

11   don't know how you say that word.  It's what I mark in the

12   screen, that border like on the side of the house.

13   Q.   Hold on.  Clear the mark on your screen and then tell us

14   what you're talking about.  Describe the area that you're

12:11:12PM 15   talking about that you used to keep drugs while you were

16   selling in the street on LaForce.

17   A.   It's that wall of the house, you will lift that and

18   through there we will put the drug, but not in the front side.

19   On the back like around here.

12:11:41PM 20   Q.   All right. And for the record you made marks on the front

21   of 16 LaForce below and to the right side of the window on the

22   right side of the house; is that right?

23   A.   Yes.

24   Q.   And you also made some marks on the right side of the

12:11:57PM 25   house?

1    A.    Yes.

2    Q.    Would you lift up the outside of the house, like the

3    exterior, the siding?

4    A.    Yes.

12:12:10PM 5    Q.    And what would you put in there?

6    A.    The packages of heroin, cocaine and crack.

7    Q.    Why would you put them in there?

8    A.    So that I didn't have it on myself because the police was

9    always driving a lot and we didn't -- and we didn't want them

12:12:33PM 10   to stop and they will check us and they can catch us with that

11   inside us.

12   Q.    What would you do when a customer came to buy drugs from

13   you?

14   A.    If a client will come, we will stop them -- not in front

12:12:56PM 15   of us, and we will ask him what he wanted and whatever drug

16   that he wanted I will go or Obed will go, one will stay with

17   the customer, and one will go and get the drug that he wanted

18   and we will bring it back.

19   Q.    Did you ever discuss what would happen if you were caught

12:13:23PM 20   with drugs?

21   A.    Like -- like if we --

22   Q.    Like if you got grabbed by a police officer or arrested

23   with drugs, would you have to pay the drugs back?

24   A.    No.

12:13:44PM 25   Q.    Pay for the money for the drugs that had been taken by the

1  police?

2  A.    No.

3  Q.    Why not?

4  A.    Because Javi will say that if the police catch you or the

12:14:01PM 5  police will chase you and you get rid of the drugs, so that

6  was a loss.

7  Q.    You didn't have to pay for it?

8  A.    No.

9  Q.    You mentioned a time that Obed got arrested.

12:14:25PM 10  A.    Yes.

11  Q.    Do you remember approximately when that was?

12  A.    In 2016, but I don't remember exactly when.

13  Q.    All right. Do you remember where?

14  A.    Yes.

12:14:40PM 15  Q.    Where did he get arrested?

16  A.    At LaForce in a -- where the empty lot was where I told

17  you that the trunk of the tree on the floor.

18  Q.    What do you mean by trunk of the tree on the floor?

19  A.    Like the tree, the trunk of the tree that was on the

12:15:14PM 20  floor.

21  Q.    A trunk of a tree had fallen over?

22  A.    Yes.  Yeah, it was on the ground.

23  Q.    On the ground?

24  A.    Yes.

12:15:25PM 25  Q.    Okay.  By the way, do you know anyone else or do you know

1  anyone that lived on LaForce?

2  A.    Tapon.

3  Q.    Where did Tapon live?

4  A.    He lived after the white house where we used to sell.

12:15:49PM 5  Q.    All right. If you clear your marks and tell us where in

6  relation to No. 16 Tapon's house was.

7  A.    It was after this house.

8  Q.    When you say after, which direction?

9  A.    To the left.

12:16:09PM 10  Q.    All right. You've made a mark on the house that's white on

11  the far left of Government's 82; is that right?

12  A.    Yes.

13  Q.    And Tapon's house was after that white house to the left?

14  A.    Yes.

12:16:25PM 15  Q.    How many houses away from the white house that you marked?

16  A.    Next to it, it was one, two houses.

17  Q.    Now, after Obed got arrested on LaForce, did Javi do

18  anything to help him?

19  A.    Yes.

12:16:53PM 20  Q.    What did Javi do to help him?

21  A.    He paid the bail and he paid certain amount for the

22  attorney.

23  Q.    How do you know that?

24  A.    Because Obed told me and Javi also told me.

12:17:12PM 25  Q.    Do you know how long you had been selling at LaForce

1  before Obed was arrested on LaForce?

2  A.   Maybe six months, I'm not sure.  I'm not 100% sure.

3  Q.   Okay.  Did you continue to sell on LaForce after Obed was

4  arrested there?

12:17:43PM 5  A.   No.

6  Q.   Why not?

7  A.   Because it was already very hot, because the police was

8  there all the time.

9  Q.   So what happened with the selling at LaForce after Obed

12:18:03PM10  was arrested?

11  A.   Javi send us to go to Burbank.

12  Q.   Who did Javi send to go to Burbank?

13  A.   All the workers.

14  Q.   When you say all the workers, who are you referring to?

12:18:22PM15  A.   Tapon, Obed, Victor.

16  Q.   When you say Javi sent you and the workers to Burbank,

17  what do you mean?

18  A.   To sell at Burbank.

19  Q.   Did you -- what, if anything, did you do to communicate to

12:18:57PM20  customers that you were not selling on LaForce anymore?

21  A.   Can you repeat the question?

22  Q.   Did your customers know that you had moved from LaForce to

23  Burbank?

24  A.   No, but there was Gargola, there was a guy that used to

12:19:19PM25  sell with us at LaForce, he will stay at LaForce and all the

1  clients that come he will send them to Burbank, to tell them

2  that we were selling at Burbank.

3  Q.   After you moved from LaForce to Burbank, how long were you

4  selling on Burbank?

12:19:52PM 5  A.   I will say like -- like two or three months.  I'm not 100%

6  sure.

7  Q.   Were you selling in a particular house or on the street

8  when you began to sell on Burbank after leaving LaForce?

9  A.   We were selling at the street, but we will stop at a front

12:20:17PM 10  of an abandoned house that was there at Burbank.

11  Q.   All right. If you can clear your mark?  I'm showing you

12  Government's 237.  Do you recognize what's shown in this

13  exhibit?

14  A.   Yes.

12:20:39PM 15  Q.   Do you see the street labeled Burbank Street?

16  A.   Yes.

17  Q.   Is that the street that you began selling drugs in after

18  Obed's arrest on LaForce?

19  A.   Yes.

12:20:55PM 20  Q.   Do you know -- you already mentioned Noel going to Javi's

21  house.  Do you know which is Javi's house on Government's 237?

22  A.   Yes.

23  Q.   Can you circle the house you knew as Javi's house?

24  And you've drawn a circle around the house with the No. 6 on

12:21:23PM 25  it?

1  A.   Yes.

2  Q.   Can you describe -- if you could clear that mark, please?

3  Can you describe or show us where on Burbank in general that

4  you sold on the street when you moved from LaForce to selling

12:21:46PM 5  on the street on Burbank?

6  A.   I got lost.  Can you repeat the question?

7  Q.   Show us on this exhibit here where -- the area that you

8  sold when you were selling on the street on Burbank.

9  A.   Mostly at the corner of Burbank and Clinton in front of

12:22:15PM10  abandoned house that was there, like around here.

11  Q.   All right.  You've made a mark near the corner of North

12  Clinton Avenue and a line going along Burbank, that

13  intersection as well as a mark below the house marked No. 14

14  on Burbank; is that correct?

12:22:39PM15  A.   Yes.  And there was another house that it was abandoned

16  also that we will stop in front of it to sell, but like I

17  can't -- I can't see it in this -- this side.

18  Q.   From this aerial photo you can't see which house?

19  A.   No, no.  In this angle that I'm at, I can't.

12:23:15PM20  Q.   Okay. If you can clear your marks?  Did you continue to

21  work the table while you were selling on Burbank Street?

22  A.   Yes.

23  Q.   The same amount of times?

24  A.   Yes.

12:23:31PM25  Q.   Did there come a time after you had been selling on

1    Burbank for a period of time that you stopped working for

2    Javi?

3    A.    Yes.

4    Q.    Can you tell us about when that was?

12:23:51PM 5    A.    I think it was like in October of 2016, I'm not 100% sure.

6    Q.    At the time you decided to stop working for Javi were you

7    still selling on Burbank?

8    A.    Yes.

9    Q.    All right. At that time where -- and you were still

12:24:17PM 10    working the table?

11    A.    Yes.

12    Q.    Where were you working the table in that time as of

13    October of 2016?

14    A.    At the apartment in Culver.

12:24:29PM 15    Q.    I'll show you Government's 95.  Is that the place you

16    previously identified as the building you worked the table at

17    on Culver?

18    A.    Yes.

19              **MR. MARANGOLA:** Your Honor, can we have a brief

12:24:51PM 20    sidebar?

21              **THE COURT:** Sure.

22              (**WHEREUPON**, a discussion was held at side bar out

23    of the hearing of the jury.)

24              **MR. MARANGOLA:** Judge, I'm going to another area.

12:25:02PM 25    I'm not sure what -- the pizza break, what the Court had

1  planned in terms of the schedule.

2          **THE COURT:**  We can take a break now.  How much

3  longer will you be with this witness, do you know?

4          **MR. MARANGOLA:** Well, I'm going to start getting

12:25:14PM 5  into some wire calls in a little while and we're going to

6  finish with the events of his arrest on Miller Street.

7          Then I have to -- so I have -- I have a fair bit

8  left with him, not obviously all we need to cover today, but

9  I'm not sure when the Court wanted to take a break and have

12:25:33PM 10  them do the pizza.

11          **THE COURT:** We're going to take a break now.

12          **MR. MARANGOLA:** Now, okay, thank you.

13          **THE COURT:** Thank you.

14          (**WHEREUPON**, side bar discussion concluded.)

12:25:40PM 15          **THE COURT:** Ladies and gentlemen, at this time we're

16  going to take a break.  In the meantime, I'd ask you not

17  discuss the matter or allow anybody to discuss the matter with

18  you.  Jury may step down.

19          (**WHEREUPON**, there was a pause in the proceeding).

12:53:40PM 20          (**WHEREUPON**, the defendant is present).

21          **THE COURT:** Bring the jury out.

22          (**WHEREUPON**, the jury is present).

23          **THE COURT:**  You may proceed.

24          **MR. MARANGOLA:** Thank you, Your Honor.

01:01:15PM 25  **BY MR. MARANGOLA:**

1  Q.    Mr. Aponte Camacho, you testified before the break to --

2  that you stopped working for Javi in approximately October of

3  2016 some time?

4  A.    Yes.

01:01:34PM 5  Q.    All right. Between when you started working for Javi,

6  about May of 2015, and October of 2016, did you and other

7  members of Javi's drug operation use phones in connection with

8  conducting the drug business?

9  A.    Yes.

01:01:53PM 10  Q.    Can you tell us some of the ways in which you used cell

11  phones to conduct the drug business?

12  A.    I don't understand what you're trying to ask me.

13  Q.    How did you use cell phones in connection with the drug

14  dealing business that you were involved in between May of 2015

01:02:15PM 15  and October of 2016?

16  A.    There were phones that they were under nobody's name and

17  we wouldn't use anything specifically to talk on those phones.

18  And we couldn't talk with anybody, like family or friends,

19  that they're not in the organization selling drugs.

01:02:52PM 20  Q.    Can you describe what the cell phones that you're

21  referring to, what they looked like?

22  A.    They were like flip phones.

23  Q.    How would you get the flip phones that you used to conduct

24  the drug business?

01:03:10PM 25  A.    We would buy them in a Arab store on Oxford -- Upper

1   Falls.

2   Q.   On Upper Falls?

3   A.   Yes.

4   Q.   Did you buy them?

01:03:28PM 5   A.   No.

6   Q.   Were you given phones, flip phones, to use in connection

7   with the drug business?

8   A.   Yes, if I was working.

9   Q.   Tell us how you would get the phone, the flip phone, if

01:03:43PM 10   you were working.

11   A.   On my turn, whoever was running, he's the one that always

12   had the phones.  So when he will bring you the drugs, he will

13   bring you the phone when you start your shift.

14           And when your shift was over, you will give the

01:04:09PM 15   phone back and the person that will start working the next

16   day, he will give them that phone.

17   Q.   Were there numbers that were pre-programmed into the

18   phones?

19   A.   Yes.

01:04:25PM 20   Q.   Were there -- whose numbers would be pre-programmed into

21   the flip phones that you got?

22   A.   Mostly Javi and whoever was running, delivering the drugs

23   when you were running out.  And in a few phones there was the

24   names and all the workers, but not in all of them.

01:04:56PM 25   Q.   How often would you get a new phone?

1   A.   Honestly, I can't tell you with a number exactly.  Maybe

2   every six months, maybe every four months.  It depends.  If

3   Javi will see someone that will say something specifically

4   over the phone that could -- the police could record the call

01:05:42PM 5   and know that we were talking about drugs, we will change the

6   phones.  But if it wasn't like that, he wouldn't change them

7   very frequently.

8   Q.   Did -- did you also have a personal phone?

9   A.   Yes.

01:06:07PM 10   Q.   How would you talk on your personal phone compared to the

11   flip phone that you used for the drug business?

12   A.   With my normal phone, normal I will talk with my family,

13   with Obed, that we're always talking, but we never talk about

14   drugs or about selling drugs or about working at the table.

01:06:42PM 15       If he had to see me, he will tell me come over here

16   to BB, that that means Burbank; or come to L; or we have to

17   work today, I'm gonna pick you up.

18   Q.   What does L mean?

19   A.   LaForce.

01:07:08PM 20   Q.   Do you know what would happen to the phones, the flip

21   phones, when they were switched?  What would happen to the old

22   ones?

23   A.   They would get rid of them.

24   Q.   Why didn't you talk drug stuff on your personal phone?

01:07:39PM 25   A.   Because it was on my name and if the police was recording,

1   they were gonna know who was the owner of the phone.

2   Q.   For these flip phones that you used, did you ever pay a

3   cell phone bill for them?

4   A.   That was prepaid.

01:08:02PM 5   Q.   So you never paid a bill for it?

6   A.   No.

7   Q.   You would --

8   A.   Not me.

9   Q.   -- they would be purchased with minutes on them?

01:08:16PM 10   A.   Yes.  I'm not -- I'm not very sure.

11   Q.   By the way, was there a word or term that you used to call

12   the flip phones that you used for the drug business?

13   A.   Yes.

14   Q.   Was what the word you used to refer to the flip phone?

01:08:35PM 15   A.   *Maracas*.

16   Q.   Now, when you and other members of the drug operation

17   talked on the flip phones or *maracas* and you were discussing

18   drug business, how would you talk?

19   A.   Not very specifically either.  We wouldn't mention names

01:09:09PM 20   of like heroin or cocaine or crack.  When somebody was

21   working, like an example like when I was working and I ran out

22   of heroin, I will call whoever was running and I will tell

23   them I'm out of coffee; or if I was out of cocaine, I'm out of

24   milk; or if it was crack, I'm -- the hard one is done, or the

01:09:45PM 25   rock.

1  Q.    Why did you use different words instead of saying heroin

2  or cocaine or crack when you spoke over the phone?

3  A.    Because if the police was recording the phones or they

4  were tapped, they were gonna know that they were selling

01:10:10PM 5  drugs.

6  Q.    Now, during the time that you worked as a part of this

7  operation, how often would you speak in person or on the phone

8  with Javi?

9  A.    Over the phone, I'm not gonna say every day, but weekly,

01:10:37PM 10  but face-to-face every day.

11  Q.    How often would you speak to Obed?

12  A.    Over the phone, my personal phone, every day.  And

13  face-to-face every day.

14  Q.    I'm not talking about whether it's on a personal phone or

01:10:56PM 15  the *maraca*.  I'm just talking about at all.

16  A.    Every day.

17  Q.    In addition to Javi and Obed, how often would you speak to

18  Tapon?

19  A.    Let's say every day person-to-person.  And on the phone,

01:11:27PM 20  it depends if I was working one day and not the other.

21  Q.    What about Robert?  Did you speak to Robert either in

22  person or on the telephone?

23  A.    Yes.

24  Q.    How often did you speak with him during -- between May of

01:11:53PM 25  2015 and October of 2016?

1   A.    Every day.

2   Q.    What about Leitscha?  How often did you speak to her?

3   A.    When I will see her at the table two or three times a

4   week.

01:12:25PM 5   Q.    All right. So based on those conversations were you

6   familiar with the voices of Javi and Obed and Tapon and Robert

7   and Leitscha?

8   A.    Yes.

9   Q.    Were you also familiar with their appearance?  What they

01:12:55PM 10   look like?

11   A.    Yes.

12   Q.    Familiar with their size and their shape from seeing them

13   in person?

14   A.    Yes.

01:13:00PM 15   Q.    Were you also familiar with vehicles that some of these

16   individuals drove?

17   A.    Yes.

18   Q.    Now, based on your participation in Javi's drug operation

19   between May of 2015 and October of 2016, were you familiar

01:13:31PM 20   with the way in which members of that organization spoke over

21   the telephone?

22   A.    Yes.

23   Q.    Were you familiar with words or phrases that people would

24   use to avoid speaking openly about drugs?

01:13:51PM 25               **MR. VACCA:** Objection.

1                **THE COURT:** Overruled.

2                **THE WITNESS:** Yes.

3        **BY MR. MARANGOLA:**

4        Q.   Would you yourself use different words to avoid speaking

01:14:00PM 5     openly about drugs?

6        A.   Yes.

7        Q.   All right.

8                **MR. MARANGOLA:** Judge, if I could approach the

9        witness?

01:14:12PM 10            **THE COURT:** Yes.

11       **BY MR. MARANGOLA:**

12       Q.   Mr. Aponte Camacho, were you asked to listen to wiretap

13       calls in this case in preparation for your testimony?

14       A.   Can you repeat the question?

01:14:39PM 15    Q.   Yes.  Were you asked to listen to wiretap calls in

16       preparation for the trial here and your testimony?

17       A.   Yes.

18       Q.   And there's a binder marked Government's 1 on your ledge

19       there.  Do you see that?

01:15:00PM 20    A.   Yes.

21       Q.   And there's also a disk that I just put up there, a DVD

22       marked Government's 1A.

23       A.   Yes.

24       Q.   I'd ask you to take a look at the disk marked 1A and tell

01:15:16PM 25    us if you recognize that?

1  A.   Yes.

2  Q.   Were you asked to listen to calls from that DVD in

3  preparation for the trial?

4  A.   Yes.

01:15:28PM 5  Q.   How do you recognize that DVD as the one you listened to

6  calls from in preparation for the trial?

7  A.   Because it has my initials.

8  Q.   And did you put your initials on that?

9  A.   Yes.

01:15:45PM 10  Q.   All right. I'd like you to look at the binder marked

11  Government's Exhibit 1.  Were you asked to review transcripts

12  of the calls that you listened to on the DVD marked

13  Government's 1A?

14  A.   I got lost.  Can you repeat the question?

01:16:01PM 15  Q.   Sure.  Were you asked to review transcripts of the calls

16  that you listened to from the DVD marked Government's 1A?

17  A.   Yes.

18  Q.   And are those transcripts that you were asked to review

19  contained in the binder marked Government's 1?

01:16:20PM 20  A.   Yes.

21  Q.   And did you recognize the speakers in some of those calls

22  that you listened to?

23  A.   Yes.

24  Q.   Okay. And did you put your initials on some of the

01:16:32PM 25  transcripts contained in Government's 1?

1  A.    Yes.

2  Q.    And by placing your initials on those transcripts what

3  were you indicating?

4  A.    That I recognize the voices of some of the people that

01:16:51PM 5  were talking.

6  Q.    Okay. Do you recall whose voices you recognized in some of

7  the calls in Government's Exhibit 1?

8  A.    Yes.

9  Q.    Whose voices do you recall?

01:17:09PM 10          **MR. VACCA:** Objection, Your Honor.

11          **THE COURT:** Overruled.

12          **THE WITNESS:** Javi, Robert, Leitscha, Karina,

13  Carmen, Ingrid, Jashua, Obed, Tapon.  And that's it.

14  **BY MR. MARANGOLA:**

01:17:37PM 15  Q.    All right. I'd like you to take the binder there and flip

16  to tab -- there's numbers on the right side of the tabs there.

17  I'd like you to flip to tab 1-7.  Do you see the transcript

18  behind the tab at 1-7-707?

19  A.    Yes.

01:18:17PM 20  Q.    Are your initials on that transcript?

21  A.    No.

22  Q.    On the transcript behind tab 1-7-707?

23  A.    What you said the number 1-7?

24  Q.    1-7-707.

01:18:49PM 25  A.    Yes.

1    Q.    Are you there?

2    A.    Yes.

3    Q.    Okay. Are your initials on that transcript?

4    A.    Yes.

01:18:55PM 5    Q.    Did you listen to the call that corresponds to this

6    transcript?

7    A.    Yes.

8    Q.    And did you recognize the participants in this call?

9    A.    Yes.

01:19:05PM 10    Q.    And are the participants accurately identified in the

11    transcript?

12    A.    Yes.

13    Q.    And who are the participants identified in this

14    transcript?

01:19:16PM 15             MR. VACCA: Objection, Your Honor.

16             THE COURT: Overruled.  Go ahead.

17             THE WITNESS: Roberto Figueroa and Obed Torres.

18    BY MR. MARANGOLA:

19    Q.    Were those the speakers in this call?

01:19:28PM 20    A.    Yes.

21             MR. MARANGOLA: At this time I'd offer the call

22    corresponding to tab 1-7-707 and ask to publish it from

23    Government's 1B, which is the Spanish captioned call exhibit

24    that was received.

01:19:54PM 25             THE COURT: Mr. Vacca?

1          **MR. VACCA:** I would object to that, Your Honor.

2          **THE COURT:** Overruled.  1-7-701 (sic) will be

3   received.

4          **MR. VACCA:** 707?

01:20:07PM 5          **MR. MARANGOLA:** It's 1-7-707.  Your Honor, may the

6   jury be permitted to view the call in their binder if they

7   wish?

8          **THE COURT:** Yes, they can review the binder or watch

9   the screen, either one.  I may have misspoke.  It was 1-7-707.

01:20:32PM 10          **MR. MARANGOLA:** Yes.

11          (**WHEREUPON**, Government's Exhibit 1-7-707 was

12   received into evidence).

13   **BY MR. MARANGOLA:**

14   Q.   Mr. Aponte Camacho, based on your participation in this

01:21:53PM 15   operation do you have an opinion as to what Obed was referring

16   to when he said he was going to buy the *maraca*?

17          **MR. VACCA:** Objection, Your Honor.

18          **THE COURT:** Overruled.

19          **THE WITNESS:** The phone to work that they use to

01:22:09PM 20   talk when they're selling drugs and stuff.

21   **BY MR. MARANGOLA:**

22   Q.   When you say they, was that also a term that you used?

23   A.   Yes.

24   Q.   And phones that you used in connection with the drug

01:22:25PM 25   business?

1  A.    Yes.

2  Q.    Now, you testified that *maraca* was a term used to describe

3  a flip phone.  Were there other terms that you were aware of

4  that were used by members of this operation while you

01:22:44PM 5  participated in it to refer to guns or firearms?

6              MR. VACCA: Objection, Your Honor.

7              THE COURT: Overruled.  Go ahead.

8              THE WITNESS: Yes.

9  BY MR. MARANGOLA:

01:22:55PM 10  Q.    Do you recall any of those terms?

11  A.    Yes.

12  Q.    What were some of the terms that were used instead of

13  using the word gun or firearm?

14              MR. VACCA: Objection, Your Honor.

01:23:07PM 15              THE COURT: Overruled.

16              THE WITNESS: A short one, a burner, a hammer, or a

17  tool.

18  BY MR. MARANGOLA:

19  Q.    What was a short one?  What did a short one refer to?

01:23:31PM 20  A.    A pistol, a hand pistol.

21  Q.    And you said tool and burner were also words used instead

22  of gun or firearm?

23  A.    Yes.

24  Q.    Why wouldn't you want to use the word gun or firearm in a

01:23:51PM 25  call regarding drug trafficking?

1          **MR. VACCA:** Objection, Your Honor.

2          **THE COURT:** Overruled.

3          **THE WITNESS:** Because if the police had the phones

4    tapped, they were gonna know -- they were not gonna know what

01:24:10PM 5    we were talking about.

6    **BY MR. MARANGOLA:**

7    Q.   Mr. Aponte Camacho, when you reviewed calls that are in

8    the binder marked Government's 1, were there occasions where

9    you put your initials on a transcript even though you couldn't

01:24:33PM 10  identify every speaker in the call?

11   A.   Yes.

12   Q.   So there were some where you could only identify some of

13   the participants?

14   A.   Yes.

01:24:49PM 15  Q.   Okay. But this was a call, the one we just heard, where

16   you identified both participants, correct?

17          **MR. VACCA:** Objection, Your Honor, leading.

18          **THE COURT:** Overruled.  Go ahead.

19          **THE WITNESS:** Yes.

01:24:57PM 20  **BY MR. MARANGOLA:**

21   Q.   I'd like you to flip to 1-163-635.  So first go to --

22   A.   Can you repeat it again?

23   Q.   Yeah, first look for 1-163.  It's toward the end of the

24   book.

01:26:29PM 25  A.   Okay.

1  Q.    Are you at tab 1-163-635?

2  A.    Yes.

3  Q.    Did you review a call that corresponded to the transcript

4  at that exhibit?

01:26:46PM 5  A.    Yes.

6  Q.    Did you recognize the participants in the call?

7  A.    Yes.

8  Q.    Did you recognize both participants or just one?  Actually

9  I should say there's three, correct?

01:27:04PM 10  A.    Yes.

11  Q.    Did you recognize all three participants or just some of

12  them?

13          **MR. VACCA:** Objection, Your Honor.

14          **THE COURT:** Overruled.

01:27:13PM 15          **THE WITNESS:** Yes, all three.

16  **BY MR. MARANGOLA:**

17  Q.   And did you put your initials on the bottom of this

18  transcript?

19  A.    Yes.

01:27:20PM 20  Q.   And who were the speakers listed in this call?

21  A.    Leitscha, Javi, and Tapon.

22  Q.    All right.

23          **MR. MARANGOLA:**  And I believe this has already

24  been received into evidence, but if it hasn't, I'd offer

01:27:41PM 25  1-163-635.

1          THE COURT: Yes, it was previously received.

2    BY MR. MARANGOLA:

3    Q.   If we can play this call?  Mr. Aponte Camacho, who was the

4    person you heard say get in the car and bring a short one

01:28:39PM 5    quickly?

6          MR. VACCA: Objection, Your Honor.

7          THE COURT: Overruled.

8          THE WITNESS: Javi.

9    BY MR. MARANGOLA:

01:28:44PM 10   Q.   And based on your participation in this conspiracy, do you

11   have an opinion as to what Javi was referring to when he said

12   short one?

13         MR. VACCA: Objection, Your Honor.

14         THE COURT: Overruled.

01:28:58PM 15         THE WITNESS: A pistol.

16   BY MR. MARANGOLA:

17   Q.   If you can go to tab 1-20 -- I'm sorry, 1-97.

18         MR. VACCA: 333, right?

19         MR. MARANGOLA: Yes, that's correct.

01:29:45PM 20   BY MR. MARANGOLA:

21   Q.   Are you there?

22   A.   Yes.

23   Q.   Do you recognize the transcript behind tab 1-97-333?

24   A.   Yes.

01:30:12PM 25   Q.   Did you listen to that call in preparation for trial?

1  A.   Yes.

2  Q.   Did you recognize any of the voices on this call?

3  A.   Yes.

4  Q.   Did you put your initials on this transcript indicating

01:30:24PM 5  that you recognized voices on this call?

6  A.   Yes.

7  Q.   How many participants are listed on this call?

8  A.   Three.

9  Q.   Did you recognize all three participants' voices?

01:30:39PM 10  A.   No.

11  Q.   Which participants' voices did you recognize?

12        **MR. VACCA:** Objection, Your Honor.

13        **THE COURT:** Overruled.

14        **THE WITNESS:** Javi and Obed.

01:30:50PM 15  **BY MR. MARANGOLA:**

16  Q.   All right. Are the parts attributed to Javi and Obed in

17  the transcript accurately attributed to the voices you knew as

18  Javi's and Obed's?

19  A.   Can you repeat the question?

01:31:07PM 20  Q.   Yes.  Where it says in the transcript Javi said something

21  or Obed said something, does it accurately say which person it

22  was?

23  A.   Yes.

24  Q.   All right.

01:31:42PM 25        **MR. MARANGOLA:** At this time, Your Honor, I'd offer

1  the call behind tab 1-97-333.

2              **MR. VACCA:** I'd object to that, Your Honor.

3              **THE COURT:** What about the VP?  That hasn't been

4  identified?

01:32:04PM 5              **MR. MARANGOLA:** It has not, Your Honor, and I will

6  not be asking this witness to identify that person.  We'll

7  have another witness that will identify that person in this

8  call.

9              **THE COURT:** All right.  Well, then I think we

01:32:15PM 10  should --

11              **MR. MARANGOLA:** Play it for that witness?

12              **THE COURT:** Go up to where VP speaks on page 4 and

13  the call should be ended at that point.

14              **MR. MARANGOLA:** I will, I will stop playing it

01:32:24PM 15  before that third speaker comes into the call.

16              **THE COURT:** Okay.  So 1-97-333 will be received

17  through -- let's see where it starts, on page 4, the word

18  look.  From there on is not received.

19              (**WHEREUPON**, Government's Exhibit 1-97-33 was

01:32:57PM 20  received into evidence).

21              **THE COURT:** 19 lines from the bottom of that page.

22              **MR. VACCA:** It's admitted up to that point, Your

23  Honor?

24              **THE COURT:** Yes, up to -- 19 pages (sic) up on page

01:33:14PM 25  4 from the bottom.

1          **MR. MARANGOLA:** 19 lines up from page 4?

2          **THE COURT:** Yes.

3          **MR. MARANGOLA:** Thank you, Your Honor.

4          **THE COURT:** Starts with look.

01:33:21PM 5          **MR. VACCA:** Starts with look, correct?

6          **THE COURT:** Yes.

7          **MR. VACCA:** Okay, thank you.

8          **THE COURT:**  You may proceed.

9   **BY MR. MARANGOLA:**

01:33:28PM 10   Q.   By the way, the previous call we just heard was a Spanish

11  call; is that correct, Mr. Camacho?

12  A.   Yes.

13  Q.   The call corresponding to the transcript was also a

14  Spanish call; is that right?

01:33:39PM 15  A.   Yes.

16  Q.   All right. It's already been received at this time.  I'd

17  ask to publish the call.

18          **THE COURT:** Yes.

19  **BY MR. MARANGOLA:**

01:34:24PM 20  Q.   Mr. Camacho, who did you just hear say dude, you saw those

21  two cops over there, right?

22          **MR. VACCA:** Objection, Your Honor.

23          **THE COURT:** Overruled.

24          **THE WITNESS:** I know the person that said it.

01:34:39PM 25  **BY MR. MARANGOLA:**

1  Q.   Who was the person that said it?

2  A.   But he didn't say police.

3  Q.   What did he say?

4  A.   Guardian, referring to police.

01:34:58PM 5  Q.   Guardian?

6  A.   Guardian, guardian.

7  Q.   Is that another -- is that another word for police?

8  A.   Yes.

9  Q.   All right. And you see in the transcript it says two cops?

01:35:13PM 10  A.   Yes.

11  Q.   Who is the person that said what you heard in the call?

12          **MR. VACCA:** Objection, Your Honor.

13          **THE COURT:** Overruled.

14          **THE WITNESS:** Javi.

01:35:20PM 15  **BY MR. MARANGOLA:**

16  Q.   And Javi said that to who?

17  A.   Obed.

18  Q.   All right. If we can keep going?  When Obed said I closed

19  up, I closed up, based on your participation in this

01:35:44PM 20  conspiracy do you have an opinion as to what Obed is referring

21  to when he said he closed up?

22          **MR. VACCA:** Objection, Your Honor.

23          **THE COURT:** Overruled.  Go ahead.

24          **THE WITNESS:** That he closed the spot, that he

01:36:00PM 25  stopped selling drugs.

1   **MR. VACCA:** Your Honor, I would move to strike that.

2   This interpretation by the witness is far afield from what it

3   plainly looks on its face.

4   **MR. MARANGOLA:** Objection, Judge, to the

01:36:19PM 5   editorializing by defense counsel.

6   **THE COURT:** I'll sustain the objection and strike

7   the last answer.  Go ahead.

8   **BY MR. MARANGOLA:**

9   Q.   If we can keep playing?  Who is speaking right now?

01:36:41PM 10   A.   Obed.

11   Q.   And do you see where he said that fucker that caught me

12   that time at the L?

13   A.   Yes.

14   Q.   Based on your participation in this conspiracy and your

01:36:57PM 15   relationship with Obed Torres Garcia, do you have an opinion

16   what he's referring to when he said that fucker that caught me

17   that time at the L?

18   **MR. VACCA:** Your Honor, I would object to the

19   editorializing, the way he put participation in this

01:37:11PM 20   conspiracy, foundation for the question.

21   **THE COURT:** Overruled.  You can answer that.

22   **THE WITNESS:** Like that -- like that -- he tried to

23   say like that cop.  The guy -- the one that caught me on L

24   that is LaForce, referring to LaForce.

01:37:36PM 25   **BY MR. MARANGOLA:**

1    Q.   All right. If we can keep going?  Mr. Camacho, did you

2    hear Obed Torres say something about the camera facing the

3    other way?

4    A.   Yes.

01:38:18PM 5    Q.   During your involvement in this conspiracy were you aware

6    of whether cameras were utilized in connection with selling

7    heroin, cocaine or crack cocaine?

8    A.   No.

9    Q.   Okay. If we can keep going? Mr. Aponte Camacho, what's

01:41:44PM 10   your sister Amy's husband's name?

11   A.   You're asking the father of her kids?

12   Q.   Yes.

13   A.   David.

14   Q.   Did -- is David a drug user?

01:42:08PM 15   A.   Yes.

16   Q.   Did he purchase -- first of all, what drugs does he use?

17   A.   He used heroin.  I don't know right now at the moment he's

18   still using.

19   Q.   In the past you know him to be a heroin user?

01:42:30PM 20   A.   Yes.

21   Q.   Where did you know him to purchase heroin from?

22   A.   He will buy from Burbank.

23   Q.   All right. If we can keep going?

24        **MR. MARANGOLA:** Your Honor, I just noticed it's

01:46:52PM 25   1:42.  That's all I plan to play from this portion of the call

1   based on the prior ruling.

2              **THE COURT:** Okay, thank you.

3              Ladies and gentlemen, I think it's a good time to

4   take a recess.  We'll stand in recess until Monday at 8:30.

01:47:06PM 5              In the meantime, you've heard an awful lot of

6   testimony over the last three weeks, it's not the time to make

7   up your mind. It's very important that you not discuss the

8   matter or allow anybody to discuss the matter with you or do

9   any research on this case related to any issues of fact, law,

01:47:22PM 10  witnesses, any of the participants in this trial.  I know

11  you've been abiding by those rules, but I have to constantly

12  remind of you that.

13             With that understanding the jury may step down

14  until Monday morning at 8:30.  Have a great weekend.

01:47:35PM 15             (**WHEREUPON**, proceedings adjourned at 1:47 p.m.)

16                            *    *    *

17                     **CERTIFICATE OF REPORTER**

18             In accordance with 28, U.S.C., 753(b), I certify that

19  these original notes are a true and correct record of

20  proceedings in the United States District Court for the

21  Western District of New York before the Honorable Frank P.

22  Geraci, Jr. on May 14th, 2021.

23

24  S/ Christi A. Macri

25  Christi A. Macri, FAPR-RMR-CRR-CSR(CA/NY)
    Official Court Reporter