1

1                    UNITED STATES DISTRICT COURT

2                    WESTERN DISTRICT OF NEW YORK

3

4

5    - - - - - - - - - - - - -X
     UNITED STATES OF AMERICA              18-CR-6094(G)
6
     vs.
7                                          Rochester, New York
     CARLOS JAVIER FIGUEROA,               May 18, 2021
8            Defendant.                     11:07 a.m.
     - - - - - - - - - - - - -X
9

10                    TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE FRANK P. GERACI, JR.
11               UNITED STATES DISTRICT CHIEF JUDGE

12
                          JAMES P. KENNEDY, JR., ESQ.
13                        United States Attorney
                          BY: ROBERT A. MARANGOLA, ESQ.
14                            CASSIE M. KOCHER, ESQ.
                          Assistant United States Attorneys
15                        500 Federal Building
                          Rochester, New York 14614
16                        Appearing on behalf of the United States

17
                          PAUL J. VACCA, JR., ESQ.
18                        One East Main Street, Suite 1000
                          Rochester, New York 14614
19                        Appearing on behalf of the Defendant

20
     ALSO PRESENT:        Nicolas Penchaszadeh, Spanish Interpreter
21                        Barbara Considine, Spanish Interpreter
                          Besayda Soto Abbate, Spanish Interpreter
22
     COURT REPORTER:      Christi A. Macri, FAPR-RMR-CRR-CSR(NY/CA)
23                        Christimacri50@gmail.com
                          Kenneth B. Keating Federal Building
24                        100 State Street, Room 2640
                          Rochester, New York 14614
25

2

**I N D E X**

**WITNESS FOR THE GOVERNMENT**

Stephen Hunt
    Direct examination by Ms. Kocher                    Page 3

<u>**P R O C E E D I N G S**</u>

* * *

            **(WHEREUPON**, the defendant is present; the jury is present).

11:07:59AM   <u>**GOVERNMENT'S WITNESS, STEPHEN HUNT, SWORN**</u>

                    <u>**DIRECT EXAMINATION**</u>

            **THE CLERK:** Please state your name and spell your last name for the record.

            **THE WITNESS:** Stephen, with a P-H, and last name is
11:08:42AM Hunt, H-U-N-T.

            **THE REPORTER:** Thank you.

            **THE COURT:**  You may proceed.  Officer, you may remove your mask since you're behind plexiglas.

            You may proceed.

11:09:15AM            **MS. KOCHER:** Thank you.

**BY MS. KOCHER:**

Q.   Good morning.

A.   Good morning.

Q.   Could you please introduce yourself to the jury?

11:09:21AM A.   I'm Stephen Hunt and I'm an investigator with the Brighton Police Department.

Q.   How long have you been an investigator with the Brighton Police Department?

A.    I've been an investigator since September of 2016, but
11:09:32AM I've been with the department since March of 2001.

4

1  Q.   From March of 2001 to September of 2016, what was your

2  position at the Brighton Police Department?

3  A.   Road patrol.

4  Q.   And what are some of your current duties as an

11:09:52AM 5  investigator?

6  A.   As an investigator I investigate high profile crimes,

7  everything from murders to grand larcenies, from physical

8  assaults to sexual assaults and everything in between, do

9  threat assessments, I do background investigations on new

11:10:10AM 10  hires, missing person investigations.  Just everything that's

11  high profile that comes into the police department and high

12  level crimes.

13  Q.   Now, what were some of your duties as a police officer?

14  A.   Road patrol, answering calls for service that could be,

11:10:27AM 15  you know, you get in your car in the beginning of the day, you

16  never know what you're going to deal with: Mental health

17  issues, domestic violence issues, like I said, traffic

18  control, accidents, accident reporting, just everything that

19  comes in.

11:10:40AM 20  Q.   Now, Investigator, in 2015 were you assigned to any

21  specific team?

22  A.   Yes.  Every 18 months the Brighton Police Department sends

23  a representative down to GRANET.  It's called the Greater

24  Rochester Area Narcotics Enforcement Team.  So in March of

11:11:00AM 25  2015 I went down there for just about 18 months.

1  Q.    And what were some of your duties when you were assigned

2  to the GRANET team?

3  A.    So my duties were I would investigate drug enterprises,

4  drug narcotic enterprises.  I would work with confidential

11:11:22AM 5  informants, do drug buys, write search warrants for locations,

6  execute search warrants and hopefully at the end arrest

7  people.

8  Q.    And you mentioned that the Brighton Police Department

9  would send officers every 18 months or so?

11:11:39AM 10  A.    Yes.

11  Q.    Were there other agencies involved in the GRANET team?

12  A.    Yeah, multi-agencies, representatives from Rochester

13  Police Department, there was DEA, Greece Police Department,

14  East Rochester had a representative, too.

11:11:54AM 15            So it's getting everybody together.  There's no

16  borders for crime.  And also when stuff would come in drug

17  narcotic related in Brighton, I would take those cases as

18  well.

19  Q.    Okay.  Now, while you were working with the GRANET team

11:12:09AM 20  did you also assist with the execution of search warrants?

21  A.    Yes.

22  Q.    Okay. I'd like to direct your attention specifically to

23  April 22nd of 2015.  Were you assigned to the GRANET team on

24  that day?

11:12:23AM 25  A.    Yes, I was.

1  Q.   And did you assist with the execution of a search warrant

2  that day?

3  A.   Yes, I did.

4  Q.   Where was that?

11:12:31AM 5  A.   At 14 Burbank Street in the City of Rochester.

6  Q.   Okay. All right, Investigator, you should see Government's

7  Exhibit 237 on your monitor to the left.

8  A.   I do.

9  Q.   Do you see that?

11:12:44AM 10  A.   I do.

11  Q.   Do you see 14 Burbank Street, the location that you

12  executed the warrant at on this map?

13  A.   Yes.

14  Q.   Could you please circle the general area where 14 Burbank

11:12:55AM 15  Street is located?  So you've placed a circle almost in the

16  middle of the photograph right around the numbers 14?

17  A.   Correct.

18  Q.   About what time did you arrive to execute the search

19  warrant on 14 Burbank Street that day?

11:13:15AM 20  A.   Approximately 9:57 a.m.

21  Q.   Could you describe the house at that location?

22  A.   Single family home on the north side of the street.  We

23  made entry on the east side of the house at a door.

24  Q.   Okay. And when you made entry into the home was there

11:13:37AM 25  anyone inside?

1  A.    Yes.

2  Q.    About how many people?

3  A.    Six.

4  Q.    And what did you do after you made entry into the

11:13:46AM 5  location?

6  A.    After entry was made anybody in the home was secured for

7  safety; then protocol you take photographs of everything; and

8  then from there you execute the search warrant and search for

9  narcotics or drugs.

11:14:02AM 10  Q.    And did you locate any items of evidence that were

11  ultimately collected?

12  A.    Yes.

13  Q.    Were those items also photographed?

14  A.    Yes.

11:14:10AM 15  Q.    Investigator, there's a binder in front of you there.

16  Would you mind flipping through Exhibits 115 through and

17  including 133 and let me know when you're done?

18  A.    Yes.  I'm done.

19  Q.    Okay. Investigator, just generally what is depicted in

11:15:10AM 20  those photographs or exhibits 115 to 133?

21  A.    Well, the photographs of the home, photographs of the

22  people that were secured in the home, the six people;

23  photographs of the narcotics that were seized and some of the

24  other items that were seized.

11:15:27AM 25  Q.    Do those photographs fairly and accurately depict the

1  location that you searched that day, the items that you

2  seized, and the individuals that were in the home?

3  A.    Yes.

4            **MS. KOCHER:** Your Honor, I would offer Government's

11:15:42AM 5  Exhibits 115 to and including 133.  I would also note that

6  Exhibit 123 is already in evidence.

7            **MR. VACCA:** Your Honor, no objection to 115.

8            **THE COURT:** Exhibit 115 will be received.

9            (**WHEREUPON**, Government's Exhibit 115 was received

11:16:07AM 10  into evidence).

11            **MR. VACCA:** No objection to 116.

12            **THE COURT:** Exhibit 116 will be received.

13            (**WHEREUPON**, Government's Exhibit 116 was received

14  into evidence).

11:16:15AM 15            **MR. VACCA:** No objection to 117.

16            **THE COURT:** Exhibit 117 will be received.

17            (**WHEREUPON**, Government's Exhibit 117 was received

18  into evidence).

19            **MR. VACCA:** No objection to 118.

11:16:29AM 20            **THE COURT:** Exhibit 118 will be received.

21            (**WHEREUPON**, Government's Exhibit 118 was received

22  into evidence).

23            **MR. VACCA:** Just a *voir dire* on 119, Your Honor?

24            **THE COURT:** Yes, you may proceed.

11:16:42AM 25            **MR. VACCA:** Investigator, with 119 it looks like

1  there's two individuals, and that one looks like a police

2  officer -- that's the far left?

3            THE WITNESS: Yes, sir.

4            MR. VACCA: Who else is in that picture?

11:16:57AM 5            THE WITNESS: I can't tell from the picture, sir.

6            MR. VACCA: Okay.  That's law enforcement, right?

7            THE WITNESS: I would assume by the outfit.  It

8  looks likes the left leg there.  Yes, I would assume so.

9            MR. VACCA: I would object to that one, Your Honor.

11:17:11AM 10            THE COURT: Basis?

11            MR. VACCA: The basis of the objection, Your Honor,

12  is that as he indicated he doesn't know who that is in the

13  picture.

14            THE COURT: Okay.  Objection is overruled.  119 will

11:17:22AM 15  be received.

16            (WHEREUPON, Government's Exhibit 119 was received

17  into evidence).

18            MR. VACCA: No objection to 120.

19            THE COURT: 120 will be received.

11:17:27AM 20            (WHEREUPON, Government's Exhibit 120 was received

21  into evidence).

22            MR. VACCA: No objection to 121.

23            THE COURT: 121 will be received.

24            (WHEREUPON, Government's Exhibit 121 was received

11:17:36AM 25  into evidence.

1             **MR. VACCA:** No objection to 122.

2             **THE COURT:** 122 will be received.

3             (**WHEREUPON**, Government's Exhibit 122 was received

4 into evidence).

11:17:45AM 5             **MR. VACCA:** 123 has already been received.

6             124, Your Honor, I would object to because there's

7 no foundation in my opinion at this time.

8             **THE COURT:** What is generally 124?

9             **THE WITNESS:** 124 is two individuals that were in

11:18:08AM 10 the home during the execution of the search warrants from an

11 upstairs bedroom.

12             **THE COURT:** Okay.  Overruled.  124 will be received.

13             (**WHEREUPON**, Government's Exhibit 124 was received

14 into evidence).

11:18:18AM 15             **MR. VACCA:** No objection 125.

16             **THE COURT:** 125 will be received.

17             (**WHEREUPON**, Government's Exhibit 125 was received

18 into evidence).

19             **MR. VACCA:** No objection 126.

11:18:24AM 20             **THE COURT:** 126 will be received.

21             (**WHEREUPON**, Government's Exhibit 126 was received

22 into evidence).

23             **MR. VACCA:** No objection to 128.

24             **THE COURT:** What happened to 127?  Was that

11:18:42AM 25 received?

1          **MR. VACCA:** No, excuse me, 127 is okay as well, no

2  objection.

3          **THE COURT:** 127 will be received.

4          (**WHEREUPON**, Government's Exhibit 127 was received

11:18:51AM 5  into evidence).

6          **THE COURT:** What about 128?

7          **MR. VACCA:** Yup, I'm going on.  128 no objection.

8          **THE COURT:** 128 will be received.

9          (**WHEREUPON**, Government's Exhibit 128 was received

11:19:00AM 10  into evidence).

11          **MR. VACCA:** 129 no objection.

12          **THE COURT:** 129 will be received.

13          (**WHEREUPON**, Government's Exhibit 129 was received

14  into evidence).

11:19:06AM 15          **MR. VACCA:** 130 no objection.

16          **THE COURT:** 130 will be received.

17          (**WHEREUPON**, Government's Exhibit 130 was received

18  into evidence).

19          **MR. VACCA:** 131 no objection.

11:19:12AM 20          **THE COURT:** 131 will be received.

21          (**WHEREUPON**, Government's Exhibit 131 was received

22  into evidence).

23          **MR. VACCA:** 132 no objection.

24          **THE COURT:** 132 will be received.

11:19:17AM 25          (**WHEREUPON**, Government's Exhibit 132 was received

1 | into evidence).

2 | **MR. VACCA:** Then I have a gap after that to 141.

3 | **THE COURT:** There's a 133, the next page.

4 | **MS. KOCHER:** Your Honor, we can pull that up on the

11:19:32AM 5 | Trial Director, if we can black out the jury's monitors --

6 | **MR. VACCA:** I don't have 133.

7 | **MS. KOCHER:** -- if it's not in there.

8 | **THE COURT:** Okay.  You see it displayed now,

9 | Mr. Vacca?

11:19:47AM 10 | **MR. VACCA:** I do, Your Honor, and I don't have that

11 | in my package here.  Can I have a *voir dire*?

12 | **THE COURT:** Yes.

13 | **MR. VACCA:** Investigator, what does 133 show?

14 | **THE WITNESS:** 133 is some mail that was collected

11:20:10AM 15 | from the kitchen of 14 Burbank Street.

16 | **MR. VACCA:** No objection, Your Honor.

17 | **THE COURT:** Exhibit 133 will be received.  Thank

18 | you.

19 | (**WHEREUPON**, Government's Exhibit 133 was received

11:20:21AM 20 | into evidence).

21 | **BY MS. KOCHER:**

22 | Q.   Investigator, in the upper right corner of your monitor

23 | you see that button that says clear?  If you can tap that, it

24 | should clear that red circle.  Thank you.

11:20:30AM 25 | All right, now we have Exhibit 115 that's been

1  received into evidence.

2  A.   Yup.

3  Q.   Thank you.   Investigator, what is depicted in Government's

4  115?

11:20:47AM 5  A.   It's the front of 14 Burbank Street.

6  Q.   Okay. And you indicated that you made entry on the east

7  side I believe you said?

8  A.   Yes, ma'am.

9  Q.   If we could move on to the next photograph?   What is

11:21:03AM 10  depicted in Government's Exhibit 116?

11  A.   It's the east side of 14 Burbank and the door that we made

12  entry at with the big screen TV by it.

13  Q.   Okay. Would you mind circling that door, please?   All

14  right, so you've placed a circle around that door on the side

11:21:23AM 15  of the house, correct?

16  A.   Correct.

17  Q.   You also mentioned that there was a big screen TV?

18  A.   Yes, ma'am.

19  Q.   Was that in the driveway of 14 Burbank Street?

11:21:34AM 20  A.   It was like more a sidewalk area.

21  Q.   Okay. Just place an X on -- where that TV is.   And you've

22  placed an X just to the right of the side door that you made

23  entry into?

24  A.   Correct.

11:21:49AM 25  Q.   If you wouldn't mind clearing those marks, please?

1  Government's Exhibit 117, what are we looking at here?

2  A.   That's the threshold to the door that we made entry in on

3  the east side of 14 Burbank Street.

4  Q.   Okay. Next if we could go onto Exhibit 118?  What is

11:22:13AM 5  depicted in this photograph?

6  A.   The kitchen area of 14 Burbank Street.

7  Q.   Next if we could show 119?  What is in this photo?

8  A.   One of the first floor rooms of 14 Burbank Street.

9  Q.   Okay. And was there any -- is there any furniture depicted

11:22:35AM 10  in this photograph?

11  A.   No furniture.

12  Q.   Next if we could go onto Exhibit 120?  What is depicted in

13  this photo?

14  A.   I believe an upstairs room with a mattress in it.

11:22:52AM 15  Q.   Okay. And Exhibit 121?

16  A.   Just a room in the home.  Not sure just exactly which one.

17  Q.   So does this have any furniture in it?

18  A.   Looks like a pack and play.

19  Q.   Okay. Next if we can move onto Exhibit 122?

11:23:17AM 20  A.   It's a room in 14 Burbank used as -- looks like a bedroom.

21  Q.   Okay. And this appears to have a mattress on the floor?

22  A.   Yes, ma'am.

23  Q.   And moving on to Exhibit 123.  What is this a photograph

24  of?

11:23:34AM 25  A.   It's the living room area of 14 Burbank Street on the

1  first floor.

2  Q.   Now, you mentioned when you first made entry into the home

3  there were six people inside?

4  A.   Correct.

11:23:45AM 5  Q.   Does this photograph depict some of those individuals?

6  A.   Yes.

7  Q.   Who are the individuals depicted in this photograph?

8  A.   So we'll start with who was in the dining room upon entry,

9  and I'm going to circle Raphael Rodriguez.  I'll put an arrow

11:24:07AM10  by it.

11  Q.   You've placed an arrow by the individual that's in a chair

12  that has like plaid pants on?

13            **MR. VACCA:** Your Honor, I'd object to the

14  questioning of this exhibit.  We already did it and this is a

11:24:19AM15  reduplication of the same thing, the same photograph, the same

16  testimony.

17            **THE COURT:** Thank you.  Objection is overruled.  Go

18  ahead.

19  **BY MS. KOCHER:**

11:24:30AM20  Q.   All right. Investigator, I believe I was saying you placed

21  an arrow by the individual in a chair with plaid pants on?

22  A.   Correct.

23  Q.   Who was that individual?

24  A.   Raphael Rodriguez.

11:24:42AM25  Q.   Okay. Who else is depicted in this photo?

1   A.   So along with Raphael, I'm going to put a circle around

2   Eric Arroyo Cruz who was also in the dining room upon entry.

3   Q.   You've placed a circle around the individual seated on the

4   floor with his hair in a bun and he is in the lower right

11:25:04AM 5   corner of the photo?

6   A.   Correct, with camouflage pants.

7   Q.   Okay. Who else is in this photo?

8   A.   This is -- I'm going to circle, sort of, Mr. Bruce

9   Washington.

11:25:22AM 10   Q.   Okay. And you've placed a photograph around -- another

11   male seated on the floor, male with jeans on and he is about

12   in the middle of the photograph?

13   A.   Correct, with blue jeans and a plaid shirt.

14   Q.   Okay. Who is the fourth individual in this photograph?

11:25:44AM 15   A.   His name is Scott Davis.

16   Q.   Okay. And you've circled the male to the far left of the

17   photograph, he appears to have like tan work boots on and

18   jeans?

19   A.   Correct.

11:25:56AM 20   Q.   If you wouldn't mind clearing your marks, please?  All

21   right, moving on to Government's Exhibit 124, who are the

22   individuals in this photo?

23   A.   I'll circle -- that's Francisco Rivera.

24   Q.   Okay. You've circled the individual on the left in the

11:26:17AM 25   black T-shirt?

1    A.    Correct.

2    Q.    And who is the female in the photo?

3    A.    The female is Catherine Figueroa.

4    Q.    Okay. And she's wearing like a light blue hoodie?

11:26:31AM 5    A.    Kind of looks white on my monitor with the pink pants.

6    Q.    Where were those two individuals located when you made

7    entry into the home?

8    A.    In an upstairs bedroom.

9    Q.    Okay. If you wouldn't mind clearing your marks, please?

11:26:44AM 10    All right.   Now, Investigator, after taking initial

11    photographs of the location did you assist in searching the

12    area?

13    A.    Yes.

14    Q.    And starting in the dining room what, if anything, did you

11:26:56AM 15    locate in the dining room area of the home?

16    A.    Located 169 purple glassine envelopes containing a tan

17    colored substance that later tested as heroin; the little

18    glassine -- purple glassine bags had a Chinese symbol on it

19    that said good luck under them; they were packaged somewhere

11:27:19AM 20    just -- the little baggies themselves, some were packaged in

21    bundles, which is ten of them together in one package; there

22    was also 32 little small clear ziplock style baggies

23    containing a white powdery substance that was later

24    ascertained as cocaine.

11:27:37AM 25    Q.    Okay. Where did you locate the cocaine and heroin?

1  A.   They were in some floor vents in the dining room on a wall

2  that bordered the living room.

3  Q.   Okay. I'd like to show you what's been received as

4  Government's 125.  Can you describe this photograph for us?

11:27:58AM 5  A.   That's one of the floor vents I was mentioning where the

6  narcotics were found.

7  Q.   Do you see the narcotics that were located in the house in

8  this photograph?

9  A.   I do.

11:28:09AM 10  Q.   And could you circle some of them?

11  A.   Got some there.

12  Q.   Okay. So, Investigator, you've made eight circles on the

13  photograph in the vent area; is that correct?

14  A.   Yes.

11:28:35AM 15  Q.   And you've circled the small white and purple bags that

16  appear to be down inside the vent?

17  A.   Yes.

18  Q.   If we can move on to Government's Exhibit 126?  What is

19  depicted in this photograph?

11:28:54AM 20  A.   More narcotics packaged the same way as I previously told

21  you and that was a little fanny pack some were found in as

22  well.

23  Q.   If we could move on to Government's Exhibit 127?  Can you

24  explain this photo as well?

11:29:09AM 25  A.   Same thing.  One of the vents in the dining room on a wall

1  that borders the living room and you can see it's a bag with

2  suspected narcotics in it.

3  Q.   Okay. And that bag, is that the same fanny pack we just

4  saw in the last Exhibit 126?

11:29:27AM 5  A.   Yes.

6  Q.   Okay. And this is a second vent where the narcotics were

7  located?

8  A.   Yes.

9  Q.   If we can move on to Exhibit 128?  Can you explain what's

11:29:41AM 10  in this photo?

11  A.   When I mentioned purple glassine envelopes containing the

12  tan substance with the markings on them, with the heroin, it's

13  those purple ones there.  And then these small ziplock style

14  baggies with the white powdery substance is baggies containing

11:30:01AM 15  cocaine.

16  Q.   Okay. So the first circle that you placed was around one

17  of the purple bags; is that correct?

18  A.   Yes.

19  Q.   And then the second circle that you marked was just to the

11:30:12AM 20  left of the first one around some bags containing the white

21  powdery substance that was later determined to be cocaine?

22  A.   Yes.

23  Q.   Now, Investigator, did you collect those drugs that were

24  seized from the vent?

11:30:26AM 25  A.   I did.

1  Q.   And how did you go about collecting those drugs?

2  A.   After I photographed them, collect them and put them in an

3  evidence bag.

4  Q.   Now, whenever you collect evidence is it given a certain

11:30:39AM 5  identifying number?

6  A.   Yes.

7  Q.   What is that?

8  A.   It's the case number generated from the job.

9  Q.   Okay. And would that be unique to this particular search

11:30:48AM 10  warrant?

11  A.   Yes.

12  Q.   Now, do you recall if the report number for this case was

13  15-094247?

14  A.   Yes.

11:30:58AM 15  Q.   That was the number?

16  A.   Correct.

17  Q.   Okay. Now, Investigator, you should have what's been

18  marked as Government's Exhibit 135 on the stand there.  Do you

19  see what that is?

11:31:10AM 20  A.   Yes.

21  Q.   And do you recognize that item?

22  A.   I do.

23  Q.   What do you recognize that to be?

24  A.   It's the evidence bag used to collect the narcotics and

11:31:20AM 25  has my handwriting all over it.

1  Q.   So how do you recognize that bag that contains the

2  narcotics seized from 14 Burbank Street?

3  A.   It's got the case number on it, my name, the gentlemen

4  that were arrested, and I can see through it and it's got the

11:31:40AM 5  purple glassine envelopes as well, and ziplocks, the 32 small

6  ziplocks containing cocaine.

7  Q.   All right. Now, do the contents of that bag, the purple

8  glassine baggies and the clear ziplock bags, appear to be in

9  the same or substantially the same condition as when you

11:32:04AM 10  collected them on April 22nd, 2015?

11  A.   Roughly the same.  There's some additions, there's some

12  extra sticker I didn't put on.

13  Q.   How about the actual bags, the contents of that exhibit?

14  A.   Yes.

11:32:18AM 15  Q.   That appears to be in the same or substantially the same

16  condition?

17  A.   Yes.

18  Q.   Now, the evidence bag holding the drugs that you

19  collected, what's different about the evidence bag?

11:32:31AM 20  A.   Some stickers that weren't on it, the Government Exhibit

21  sticker, the Monroe County Crime Lab sticker, Rochester Police

22  Department big orange sticker, and the blue one on the bottom

23  which would indicate, I would assume, that someone had opened

24  it to get it out after I sealed it.

11:32:51AM 25  Q.   Other than the Government's Exhibit sticker, the orange

1    RPD property sticker, and the lab markings -- that yellow

2    sticker and the blue tape, does that item appear to be in the

3    same or substantially the same condition?

4    A.    Just had some handwriting on here that's not mine as well.

11:33:11AM 5    Looks like a Sharpie in two spots, three spots.   Other than

6    that, it's what I did put into property that day.

7    Q.    Okay. And when you collected that item did you seal the

8    bag?

9    A.    I did.

11:33:24AM 10    Q.    Does your seal appear to be intact?

11    A.    It does.

12    Q.    Okay. And after you sealed the bag what did you do with

13    it?

14    A.    Take it down to the property department for the Rochester

11:33:37AM 15    Police Department.

16    Q.    Okay. And is that a secure facility, the property clerk?

17    A.    Yes, it is.

18    Q.    Okay. All right. Now, Investigator, moving on to another

19    room in the home, did you search the attic area of 14 Burbank

11:33:52AM 20    Street?

21    A.    Yes.

22    Q.    I'd like to move on to Exhibit 129.   Can you explain what

23    we're looking at here?

24    A.    Some things that were upstairs that were suspicious.   A

11:34:08AM 25    little black bag, some pills, things of that nature that were

1  collected as well as unknown what they were at that point.

2  Q.   Okay. And that was in the attic area of the home?

3  A.   Correct.

4  Q.   Okay. What else besides these pills and baggies did you

11:34:24AM 5  locate in the attic area?

6  A.   There was some -- a notebook and a small little note pad

7  with some numbers written on them, looked like maybe doing

8  some adding and subtracting, possible notes from like a drug

9  enterprise possibly.

11:34:42AM 10            **MR. VACCA:** Objection, Your Honor.

11            **THE COURT:** Overruled.

12  **BY MS. KOCHER:**

13  Q.   If we can move on to Government's Exhibit 30 -- 130.

14  Thank you.  What is depicted in this photograph?

11:34:52AM 15  A.   Those are some baggies that were reminiscent of the

16  baggies that the narcotics were housed in from the first

17  floor.  Those were found in the attic as well.  They were new

18  and unused.

19  Q.   Moving on to Government's 131.  What's in this photograph?

11:35:12AM 20  A.   Those were the notebook that I was talking about before

21  and the small little note pad.

22  Q.   Okay. If we can zoom in on the white -- the small note

23  pad?  Okay, Investigator, we've zoomed in on the smaller note

24  pad that was on the right of the screen.  Why was this

11:35:31AM 25  significant to you?

A.   First of all, Bruce was the first name of the black

gentleman that came -- that we secured.  He was actually

walking down from the second floor when we secured him during

the original execution of the search warrant, so he was the

11:35:49AM  black male, bald hair, with the blue jeans and the plaid type

shirt.  So first name is Bruce, his first name was Bruce, and

maybe had something to do with some drug activity.

Q.   Okay. If we can move on to Government's Exhibit 132?  And

what is depicted in this photograph?

11:36:15AM  A.   Same thing.  Possible ledger outlining drug activity.

Q.   Investigator, did you also search the kitchen area of the

home?

A.   Yes.

Q.   And what were some of the items that you located in the

11:36:29AM  kitchen?

A.   Some mail.

Q.   If we could show Government's Exhibit 133?  Investigator,

what's in this photograph?

A.   That was some mail that was collected out of a cabinet in

11:36:42AM  the kitchen.

Q.   And who was this mail addressed to?

A.   Jose Olivencia of 6 -- it says Brubank Street.

Q.   Okay. Rochester, New York?

A.   Yup, 14617.

11:36:58AM  Q.   Brubank, it's B-R-U-B-A-N-K, Street?

1  A.    Correct.

2           **MS. KOCHER:** Thank you, Investigator.  I don't have

3  any further questions.

4           **THE WITNESS:** Thank you.

11:37:29AM 5           **MR. VACCA:** No questions, Your Honor.

6           **THE COURT:**  You may step down.  Thank you very

7  much.

8           **THE WITNESS:** Thanks, Judge.

9           (**WHEREUPON**, the witness was excused).

10                          *   *   *

11                 <u>**CERTIFICATE OF REPORTER**</u>

12

13        In accordance with 28, U.S.C., 753(b), I certify that

14  these original notes are a true and correct record of

15  proceedings in the United States District Court for the

16  Western District of New York before the Honorable Frank P.

17  Geraci, Jr. on May 18th, 2021.

18

19  <u>S/ Christi A. Macri</u>

20  Christi A. Macri, FAPR-RMR-CRR-CSR(CA/NY)
    Official Court Reporter
21

22

23

24

25