UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -v-

CARLOS JAVIER FIGUEROA a/k/a Javi
a/k/a Big Bro, et al.,

       Defendant.

18-CR-6094(FPG)

---

### FINAL ORDER OF FORFEITURE

WHEREAS, on June 23, 2021, this Court entered a Preliminary Order of Forfeiture against:

    a.  one (1) Ruger pistol, bearing serial number 332-13800

pursuant to Federal Rule of Criminal Procedure 32.2(b)(2), Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c), and the incorporated procedures of Title 21, United States Code, Section 853, based upon the defendant's conviction after a jury trial on Counts 1-3 of the Fourth Superseding Indictment (docket # 18-CR-6094, ECF No. 480) on or about June 18, 2021;

AND WHEREAS, for the 30 day period between June 25, 2021 and July 24, 2021, the United States published on an official government forfeiture website, namely www.forfeiture.gov, notice of this forfeiture and the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within sixty (60) days of the first date of publication for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, the sixty-day period to file a claim expired on August 24, 2021,

and no persons have filed a petition with the Court seeking a hearing to adjudicate the validity of their interests in the property;

NOW THEREFORE pursuant to Federal Rule of Criminal Procedure 32.2(c)(2), the provisions of Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c), and the incorporated procedures of Title 21, United States Code, Section 853,

IT IS HEREBY ORDERED, ADJUDGED and DECREED, that all right, title, and interest in:

a.   one (1) Ruger pistol, bearing serial number 332-13800

is hereby forever removed, discharged, condemned, and forfeited to the United States of America.

IT IS FURTHER ORDERED, ADJUDGED and DECREED, that the United States Marshals Service and/or any other duly authorized federal agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED

Dated: October _____, 2021
Rochester, New York.

_____
HON. FRANK P. GERACI, JR.
United States District Judge