# PAUL J. VACCA, JR.

**Attorney & Counselor at Law**
**One East Main Street**
**Suite 1000**
**Rochester, New York 14614**
**Telephone: (585) 325-3336**
**Facsimile: (585) 232-6674**
pvacca99@gmail.com

April 4, 2022

Hon. Frank P. Geraci, Jr.
U.S. Federal Court Judge
100 State Street
Rochester, New York 14614

     RE:    United States of America v. Carlos Figueroa
              Case No.:   6:18-CR-06094-JWF-1

Dear Judge Geraci:

    I write this letter relevant to the above referenced matter.   Enclosed please find reference letters relevant to Mr. Figueroa.   I would ask you to take these letters into consideration.

    Should you have any questions or problems, please do not hesitate to contact me.

Very truly yours,

/s/ Paul J. Vacca, Jr.

Paul J. Vacca, Jr.

PJV:dg

xc:  Robert Marangola, Esq., Assistant U.S. Attorney
      Katelyn M. Hartford, Esq., Assistant U.S. Attorney
      Cassie M. Kocher, Esq., Assistant U.S. Attorney
      Jennifer L. Fish, U.S. Probation Officer Specialist
      Carlos Figueroa

Carlos Figueroa