**United States District Court**
**Western District of New York**
_____

| | |
|---|---|
| **United States of America,** | |
| **Plaintiff,** | **CERTIFICATE OF SERVICE** |
| -vs- | |
| | **14-CR-6094-FPG** |
| **Carlos Javier Figueroa a/k/a Javi, a/k/a Big Bro, Jonathan Cruz-Carmona a/k/a Tapon a/k/a Eneno, Xavier Torres a/k/a Pistolita, Obed Torres Garcia, Jean Karlos Pizarro a/k/a Yankee, and Victor Nunez** | |
| **Defendants.** | |

_____

      I hereby certify that on April 4, 2022, I electronically filed a letter addressed to the Hon. Frank P. Geraci, Jr., as well as this Certificate of Service, on the Hon. Frank P. Geraci, Jr., U.S. District Court Judge, with copies to Katelyn M. Hartford, Esq., Assistant U.S. Attorney, 100 State Street, Room 500, Rochester, New York 14614; Robert Marangola, Esq., Assistant U.S. Attorney; Cassie M. Kocher, Esq., Assistant U.S. Attorney, and Jennifer L. Fish, U.S. Probation Officer Specialist. A hard copy was also sent to Carlos Figueroa, at the Monroe County Jail, 130 South Plymouth Avenue, Rochester, New York 14614.

Dated: April 4, 2022

                                                                 /s/ Paul J. Vacca, Jr.

                                                                 _____
                                                                 Paul J. Vacca, Jr., Esq.
                                                                 Attorney for Defendant,
                                                                 Carlos Javier Figueroa a/k/a
                                                                 Javi a/k/a Big Bro
                                                                 One East Main Street
                                                                 Rochester, New York  14614
                                                                 585-325-3336