To Whom It May Concern:

My name is Jostie Figueroa, I am Carlos Figueroa's son. I am a Sargent in the United States A r Force. I would like to say that I've been following this case closely and I can't believe how this case is being handle. In March 2021, in OPEN COURT the plaintiff questions the honorable court on whether it is a procedural violation when an AUSA states in OPEN COURT that there is no evidence as required to satisfy the elements of the indicted charges but insist on proceeding to trial despite such declaration in open court. Check the records, please! I had some of my military friends/paralegals and lawyers look at this case and they were dumbfounded on how this court allow this to happen. I would also state that on my father bail hearing, why wasn't he granted bail when my father since he was 18 years old have been living in Rochester his whole life, the district attorneys claim him to be a menace to society and a flight risk. I know My dad isn't prefect. He had trouble with the law back 2003, he got sentence to 5 years in federal prison and 5 years on parole. In 2010 he got in volition of parole because one of the apartment maintenance guys did something ridiculous, Outcome to the violation was my dad had to se ve another year on house arrest, even though all, that my father still didn't leave Rochester NY. My father is not a menace to society, he is a man of God, always gives people a helping hand, and a hard worker. I can't understand how these false allegations have been put on to him. My father is a loving genuine guy. All the people that testified are all making false claims. My father might be hardheaded, but he doesn't make the same mistake twice. He lost so much time with his first two kids now it's happening to his last two kids. For this to happen again with NO EVIDENCE is absurd. My father works in construction, he rebuilds churches, houses, anything you can think of he would try to build, and there is proof of that. He is a self-made hard-working blue-collar man. My father got arrested with no probable cause, then the district attorney entered plead deals with other defendants to tie my father to this the case because they messed up. When they searched my father's house for 4 days, they didn't find ANYTHING except cash. Cash is not illegal; I understand it's unusual, but my dad is an old soul he's beer saving for a long time. Also, some of the cash didn't belong to him it belongs to my two younger brothers' college fund. I personally put my own money into the pot. I just can't find the reason why this court allowed the district attorneys to get away with so much nonsense. My father is innocent, there is no hard evidence that that ties him to the other defendants. Carlos Figueroa is an outstanding gentleman, please look deeper, there's more to this case. The district attorneys are painting their own image, shine light on the truth. Carlos Figueroa is innocent.

If any question, or concerns you can contact me at my personal phone number +34 641449706 or my email is Jostie.figueroa@us.af.mil



*Movimiento Cristiano De*
*Restauración Iglesia Jehová Jireh*

*Marzo 25 ,2021*

A: **Honorable Corte Federal**

De: **Apostol Bredes Acevedo Negrón**

   La Presente de esta carta es para informarles a la Honorable Corte de Rochester NY, acerca de la persona que lleva como nombre  Carlos Javier Figueroa el cual desde el año 2016  contribuyo con nuestra congregación del Ministerio Cristiano de Restauración Jehová Jireh en la cuidad de Rochester NY 14621.
   El Sr. Carlos J. Figueroa trabajo como voluntario en  diferentes actividades y contruccion del templo  a  la vez apoyando la obra  de nuestra iglesia con una conducta respetable y amable  con en el desempeño de ayudar a la comunidad de la cuidad de Rochester en la cual servimos y colaboramos para la restauración de diferentes familias con necesidades sin distinción de raza sexo o color.
   El  Sr. Carlos J. Figueroa   es un persona respetuosa y muy trabajador y responsable cualquier otra información que deseen saber pueden comunicarse a nuestro teléfono 585-709-8011 con los Apóstoles Y Con La Junta de Nuestro Ministerio. Muchas Gracias.


*Apostol Bredes Acevedo Negrón*
*Presidénta MCRJJ*

Movimiento Cristiano de
Restauracion Jehova Jireh
664 Hudson Ave.  M.C.R.
Rochester Ny 14621

Conflict, or arguments, He love god very much wish the does attend to Church. In M.C.R. Jehova Jired since 2016. ¿ help in many way the church. Well thanks so much

God Bless.   if any question my cell is 635-0407.

To whom it may Concern:    3/28/22

My name is Nishayra Gutierrez the fiance of Carlos J figueroa. I know him since 2008 were he took my son Janiel as his owne son. from their on we had a son Jay figueroa in 2009 I'am so proud to say he is the greates father ever. We have been together since 2008. I can tell you he is a great person. I am Not just saying this just because I'am his fiance but I know the great human beeing that his is Friendly, Very helpfull, respectfull, loving with all people & family, friend Exx. Please consider viewing all this case cause I know my fiance carlos figueroa is Not at all that persos of what they are saying. He is working man, who love being super helpful in church, who love working in his family Restaurant with his family & kid's. It is very hard Not having carlos my kid's miss their father. very much. We have been together in up and down. But please give carlos back to his family & community. He is selfesless and caring he care more about other people then him self. He does Not like →

Hello = You're Honor... 3/26/22

My Name is Jariel castoire I am the son of carlos figueroa he raised me since i was 1½ years old. he is the best dad in the world. he is very great, as bEing my dad even tho he is not my biological fathre he raised me through this year. him being Next to me and my baby brother Jay figueroa, we rally miss are dad so much he is my hero he is a great example. he is a hard working dad Never gave up on us. can you please consider give my hero a chance to be with us, we need him Please i go to church and all i ask god to take my dad out that place. Because in time i feel alone and i know if you give my dat a chance my life will be better, thank you so much and god bless you...

X Jay Figueroa

Jariel cas toire

Gran Vecino ayudelo Por favor a Reunirlo Con Su familya Cual lo Nesesita.

"Por favor"

Cualquier pregunta Me pueden llamar

*[signature] Tony Ubaldo*

TO WHOM THIS MAY CONCERN,

I've known Javier for over 5 years, as a neighbor. I do not believe that he's a threat to our community whatsoever. I've felt very loved by him over the years of knowing him. He's like a family to me, always treated me with respect, love & care.

I can pacifically state how humble and kind of a person he's been to me. I very much miss him & know that he'd love to be here enjoying his kids as always. He has always told me to do better, follow my dreams, respect others & most importantly respect myself. I love Javier for everything he's encouraged me to do & achieve.

We miss you ♡

a otros pero sin la ayuda de Dios primeramente y luego al Sr. Carlos Javier Figueroa. También Sr. Carlos Javier Figueroa ayudaba a los ambulantes en los ferias trayéndolos a la Iglesia donde le suplíamos su necesidad. Este hombre ayudó a los niños de la comunidad a desarrollarse mostrando en sus corazones amor al prójimo. Carlos Javier ayudó a niños de Argentina, Honduras y Guatemala através del ministerio misionero. Muy agradecida con él y fue un hombre ayudador donde mandaba a limpiar alrededor de la Iglesia en invierno la nieve, yo tengo MS soy paciente y Carlos Javier gracias a él los hermanos desable podíamos caminar en piso totalmente limpio preparado para poder evitar accidentes. Lo conozco del año 2013 hasta ahora y vivimos agradecido del Sr. Carlos Javier Figueroa.

A quien pueda interesar:

Mi nombre es Elmeria Grizell Torres conozco al Sr. Carlos Javier Figueroa por un promedio de varios años. Le doy gracias a Dios por permitirme conocer a una persona super responsable, hombre de palabra. Muy humilde y sobre todo ayudador. Yo soy misionera pertenezco de la Religion Pentecostal. Ere pricidenta del ministerio Misionero. Donde tubo la gran oportunidad de conocer al Sr. Carlos Javier Figueroa donde yo hacia actividades para pro-fondos vendia bizcochos, sofritos y comida. y el era mi ayuda no tanto me ayudaba comprando de las actividades sino que atraves de el venian mas clientes donde alcanzamos la meta de poder alcanzar nuestro sueño misionero. Ayudando a otros paises niños, ancianos con comida ropa y medicamentos. Fue una experiencia inorvidable pa ayudar

Gracias Dios los bendiga.
Te Amamos Carlos Javier Figueroa
y Siempre en nuestros Corazones.

Sinceramenti:

La familia Jeries.

Elvira Jeries
Juan C. Jeries.

03/25/2022

To whoom It May Concern

This small lines is To inform That Carlos Figueroa Is not a Threat To Society and he Should be given The Oportunity To demonstrate That he Can be usefull for Society

585) 200-9761

Att José Miguel

José Miguel

Marzo 28-2022

Hola mi nombre es Jose L Rivera conosco a Carlos figueroa desde la infancia en P. Rico donde fuimos a la escuela y siempre fue un buen Amigo hermano y siempre ha sido para mi un ser Respetuoso y siempre a estado para mi en todo momento que e nesesitado su apoyo incondicional, Responsable y muy trabajador. Buen hijo hermano padre Amigo.

ATT.
Jose L Rivera
585-524-8782

Jose L Rivera

3/24/2022

To who it may concern,

this is to inform that Carlos Figueroa is not a threat to society & has always been willing to help others out.

*signature*

swt schlegel
585-330-8812