# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF NEW YORK

_____

**United States of America,**

               **Plaintiff,**     Case No.:  18-CR-6094-FPG

  -vs-

**Carlos Javier Figueroa,**

               **Defendant.**

_____

## NOTICE OF APPEAL

    Notice is hereby given that the following party, Carlos Javier Figueroa, in the above-named case hereby appeals to the Second Circuit Court of Appeals the final judgment or an ordered entered in this action on May 2, 2022.

**Dated:  May 11, 2022**

                                             /s/ Paul J. Vacca, Jr., Esq.
                                             _____
                                             **Paul J. Vacca, Jr., Esq.**
                                             **Attorney for Defendant**
                                             **One East Main Street, Suite 1000**
                                             **Rochester, New York 14614**
                                             **Phone:  585-325-3336**
                                             **Email:  pvacca99@gmail.com**