United States District Court

Western District of New York

_____

| | |
|---|---|
| United States of America, | Certificate of Service |
| Plaintiff, | 18-CR-6094FPG |
| -vs- | |
| Carlos Javier Figueroa, | |
| Defendant. | |

_____

    I hereby certify that on May 11, 2022, I electronically filed a Federal Notice of Appeal to the Hon. Frank P. Geraci, Jr., as well as this Certificate of Service, with a copy electronically filed with Robert Marangola, Esq., Assistant U.S. Attorney, and a hard copy mailed to the Defendant at the Monroe County Jail, 130 South Plymouth Avenue, Rochester, New York 14614.

Dated:  May 11, 2022

                                                /s/  Paul J. Vacca, Jr., Esq.
                                                Attorney for Defendant
                                                One East Main Street
                                                Suite 1000
                                                Rochester, New York 14614
                                                Telephone:  584-325-3336