1

1                    UNITED STATES DISTRICT COURT

2                    WESTERN DISTRICT OF NEW YORK

3

4

5   - - - - - - - - - - - - -X
    UNITED STATES OF AMERICA              18-CR-6094(G)
6
    vs.
7                                         Rochester, New York
    CARLOS JAVIER FIGUEROA,               June 1, 2021
8             Defendant.                  9:03 a.m.
    - - - - - - - - - - - - -X
9

10            TRANSCRIPT OF TESTIMONY OF SCOTT FERRO
           BEFORE THE HONORABLE FRANK P. GERACI, JR.
11              UNITED STATES DISTRICT CHIEF JUDGE

12
                    JAMES P. KENNEDY, JR., ESQ.
13                  United States Attorney
                    BY: ROBERT A. MARANGOLA, ESQ.
14                      CASSIE M. KOCHER, ESQ.
                    Assistant United States Attorneys
15                  500 Federal Building
                    Rochester, New York 14614
16                  Appearing on behalf of the United States

17
                    PAUL J. VACCA, JR., ESQ.
18                  One East Main Street, Suite 1000
                    Rochester, New York 14614
19                  Appearing on behalf of the Defendant

20
    ALSO PRESENT:       Gabriela Loncar, Spanish Interpreter
21                      James Hontoria, Spanish Interpreter

22
    COURT REPORTER:     Christi A. Macri, FAPR-RMR-CRR-CSR(NY/CA)
23                      Christimacri50@gmail.com
                        Kenneth B. Keating Federal Building
24                      100 State Street, Room 2640
                        Rochester, New York 14614
25

1                            <u>**I N D E X**</u>

2    <u>**WITNESS FOR THE GOVERNMENT**</u>

3    Scott Ferro
            Cross-examination by Mr. Vacca                Page   3
4           Redirect examination by Ms. Kocher            Page  20

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        **P R O C E E D I N G S**

2                              *    *    *

3             (**WHEREUPON**, the defendant is present).

4                        **CROSS-EXAMINATION**

09:03:37AM 5  **BY MR. VACCA:**

6  Q.   Investigator, do you have the extraction book up there

7  with you?

8  A.   No.

9  Q.   Do you have copies of your extractions?

09:03:48AM 10  A.   No.

11             **MS. KOCHER:** Mr. Vacca, we can pull them up on the

12  Trial Director.

13             **MR. VACCA:** Okay, that's fine.

14             **MS. KOCHER:** If you want to direct us to one in

09:03:56AM 15  particular.

16             **MR. VACCA:** Yes, 669A.

17  **BY MR. VACCA:**

18  Q.   Investigator, do you see on the board there 669A?

19  A.   Yes.

09:04:19AM 20  Q.   Okay. And did you do the extraction report on that?

21  A.   Did I run this report?  Or print it out?

22  Q.   Print it out.

23  A.   I did not print this out, no.

24  Q.   Did you run -- did you run the extraction?

09:04:32AM 25  A.   Yes.

4

1    Q.    On this particular phone?

2    A.    Yes.

3    Q.    How many extractions and how many phones did you run?

4    A.    On this case?

09:04:41AM 5    Q.    Yes.

6    A.    I'm not sure.

7    Q.    Okay. Do you have a guess at the numbers?

8    A.    Over 30.

9    Q.    Over 30?

09:04:51AM 10    A.    Yes.

11    Q.    Okay. And most of them did you have a search warrant for?

12    A.    Yes.

13    Q.    For each and every phone?

14    A.    I believe all except for two which were consent.

09:05:03AM 15    Q.    Consent?  In other words, you obtained consent of the

16    owner of that phone to do a search of the phone?

17    A.    Correct.

18    Q.    All right. With respect to 669A, if you take a look at the

19    summary, what does the summary contain?

09:05:22AM 20    A.    That is information based on the computer that's used for

21    the extraction.

22    Q.    In this particular one did you run the extraction on 5/2

23    of 2021?

24    A.    No, that's the created time of the report.

09:05:38AM 25    Q.    That's when the report's printed out?

1  A.    Correct.

2  Q.    All right. When did you do the actual extraction on

3  this -- on this phone?

4  A.    October -- looks like October 5th.

09:05:52AM 5  Q.    Okay. Of 2020?

6  A.    Yes.

7  Q.    Now, what -- what is an external camera media?  Is that

8  section information relevant to an extraction of a camera or

9  other media on that particular cell phone?

09:06:12AM 10  A.    No, that is the -- it's called a UFED camera, which is a

11  camera that I had hooked up to the extraction machine that

12  will take photographs or video of the phone.

13  Q.    A along with information related to that such as phone

14  number calling or individual calling?

09:06:32AM 15  A.    It will record whatever I open the phone to.

16  Q.    Okay. And then we have file system.  What does file system

17  mean?

18  A.    So file system is a type of extraction.  There's basically

19  three types of extraction.  File system is taking the phone

09:06:51AM 20  and going through each individual file looking to binary code

21  and then extracting the binary code and then translating that.

22  Q.    What does binary code mean?

23  A.    Zeros and ones.

24  Q.    Zeros and ones?

09:07:09AM 25  A.    Yes.

1  Q.   Again could you explain that a little better?

2  A.   So everything -- a phone is like a computer.  Everything

3  on that phone is just in binary.  Just zeros and ones.  And

4  then it gets translated to hexadecimal and then ASCII, which

09:07:26AM 5  is basically how you read, how you are able to view the

6  information.

7  Q.   That's what takes the information out of the phone and

8  either prints it out or puts it on a phone screen?

9  A.   Yes, just takes the ones and zeros, correct.

09:07:41AM 10  Q.   All right. And in this particular extraction on 669A, were

11  you told by anybody -- your superior, your supervisor or

12  whatever, what you were looking for with this particular

13  extraction on 669A?

14  A.   No, I just pull the information.

09:07:59AM 15  Q.   Whatever was there was there?

16  A.   Correct.

17  Q.   And then you printed it out?

18  A.   I provided it in the electronic form.  I did not print out

19  this report.

09:08:10AM 20  Q.   Is the electronic the same as the printed copy?

21  A.   No.

22  Q.   It's different?

23  A.   So the initial -- so there's two different kinds of

24  electronic files that I provide.  One would be the report copy

09:08:26AM 25  which you find right here; and the other one is the binary

1    code.

2    Q.    What's the binary code?

3    A.    The ones and the zeros.

4    Q.    The ones -- but I still don't understand what ones and

09:08:37AM 5  zeros mean.

6    A.    So that's the program that it's written in.  Everything

7    that you see on any computer in your phone is just ones and

8    zeros stored on a computer chip.

9    Q.    What does that -- what if you have something that's number

09:08:54AM 10  three or four?

11   A.    So there's a combination of ones and zeros; when you read

12   the ones and zeros, it says three or four.

13   Q.    It says three or four?

14   A.    Correct.  When you translate it back from binary to what

09:09:09AM 15  is referred to as ASCII, which is your characters that you are

16   able to see.

17   Q.    Okay. So what's ASCII?

18   A.    A-S-C-I-I, American Standard -- I forget the last three --

19   it's your -- basically your letters and numbers in English

09:09:31AM 20  that you are able to view.

21   Q.    What does it tell us about the phone?

22   A.    Doesn't tell us anything about the phone.  It's what

23   you're able to see.  When, for instance, the text message

24   is -- those are characters.  Those characters are not really

09:09:50AM 25  on the chips of the phone.  It's the ones and zeros that are

1  on the phone that show what those characters are.

2  Q.   I'll give you an example: Do you have -- do you have on

3  there where it says logical?

4  A.   Yes.

09:10:04AM 5  Q.   What's logical?

6  A.   So logical extraction is just basically looking at the

7  phone, how you see it in going through text messages,

8  contacts, it's basically going through each category that you

9  see on the phone whereas opposed to a file system which goes

09:10:23AM 10  through each file and looks at the ones and zeros.

11  Q.   Okay.  And with respect to 669A under logical you've got

12  unit identifier, correct?

13  A.   Yes.

14  Q.   And numbers 853371537, what do those numbers mean?

09:10:41AM 15  A.   That is my key for my license for Cellebrite.

16  Q.   I don't understand.  Your key?

17  A.   Yes, so Cellebrite, it's a proprietary product.  I need to

18  have permission to use it.  I have what's called a dongle that

19  plugs into the side of the machine that shows my license is

09:11:05AM 20  up-to-date and paid for.

21  Q.   Now, you analyzed this on what date?  You extracted on

22  10/5/2020?

23  A.   Yes.

24  Q.   10/5/2020.  Do you know when that phone was -- was seized

09:11:25AM 25  as a result of a search warrant ?

1  A.    Do I know?  No, no, not off the top of my head.  I don't

2  know.

3  Q.    This was analyzed October 5th, 2020, correct?

4  A.    Yes.

09:11:39AM 5  Q.    Okay. But nowhere on this form does it say when this phone

6  was seized during a search warrant or it came into your

7  possession, correct?

8  A.    Correct.

9  Q.    You were just asked some time in October of 2005 to

09:11:55AM 10  analyze this, correct?

11  A.    Of 2020.

12  Q.    2020, excuse me.

13  A.    Yes.

14  Q.    What is -- what is logical?

09:12:04AM 15  A.    The logical is the type of -- is a type of extraction.

16  Q.    Okay. And could you explain to us in further detail what

17  type of extraction there is with logical?

18  A.    So logical looks at what you can see on the phone.  If you

19  were to open up your phone and go through your contacts, your

09:12:24AM 20  text messages, anything that you can see, that's what it's

21  going to give you.

22  Q.    Okay. And what's the difference between a full extraction

23  and a partial extraction?

24  A.    So a partial extraction would only get part of the

09:12:40AM 25  information.  There's full logicals, there's partial logicals.

1    It depends on a lot of times the phone model.  If the phone

2    has been updated there's all kinds of factors that depending

3    that would influence getting everything off of the phone.

4    Q.   Well, with 669A as an example, was that a full extraction

09:13:07AM 5    or a partial extraction?

6    A.   So I'd have to look at my notes to see if it was a full or

7    partial extraction.  But I would imagine this is only going to

8    be a partial extraction only because I used the UFED camera to

9    extract some other stuff.

09:13:27AM 10   Q.   So you can't tell by looking at this report if you did a

11   partial or a full extraction?

12   A.   Correct.  That's correct, I need my extraction -- the

13   written extraction report.

14   Q.   Okay.  And if it was a partial extraction, do you know

09:13:42AM 15   what information would be left off of this report?

16   A.   From looking at this, no, I wouldn't.  I wouldn't know.

17   Q.   You wouldn't know?

18   A.   No.

19   Q.   Do you have notes somewhere that would tell you on all of

09:13:55AM 20   these extractions whether or not they're full or partial?

21   A.   I have my handwritten extraction report, yes.

22   Q.   Okay.  And as far as the report is concerned, you don't

23   know if you left something out in analyzing the phone if it's

24   a partial?

09:14:17AM 25   A.   The information is there.  Whether it's decoded or not is

1    what sometimes is problematic.

2    Q.    Who decides what gets decoded?

3    A.    So some of it is the company, Cellebrite.  Some of it it

4    doesn't decode.  Some I'm able to decode for it.  And other

09:14:39AM 5    times it's just, you know, the technology, for instance,

6    there's lots of apps that come out after the phones are

7    initially made.  So these apps could effect how the phones

8    function.

9    Q.    Well, this arrest was made -- several of the arrests with

09:15:00AM 10    respect to the cell phones were made in January of 2018; is

11    that correct?

12    A.    Yes.

13    Q.    And with many of them your analysis didn't take place

14    until sometime in 2020, correct?

09:15:14AM 15    A.    Yes.

16    Q.    Okay. So we're talking almost two years that those phones

17    sat unexamined?

18    A.    Yes.

19    Q.    Okay. What effect would that have on your decoding or

09:15:30AM 20    analysis in, let's say, October 2020 with the upgrades that

21    there were with the phone and the alterations there were with

22    the program?

23    A.    It would generally give us more information now than it

24    did in 2018.

09:15:47AM 25    Q.    In 2018 did you examine this phone and generate a phone

1  like in 669A?

2  A.   I'm not sure if that's one I did in 2018 or not.

3  Q.   Do you know how many you did in 2018?

4  A.   I don't.

09:16:03AM 5  Q.   Okay. So you don't know on many of these if you got a

6  partial extraction?

7  A.   If I looked at my written notes I would know if it was a

8  partial or full extraction, yes.

9  Q.   So a partial extraction leaves something out, correct?

09:16:18AM 10  A.   Correct.

11  Q.   Okay. And a full extraction, does that leave something in?

12  A.   Does it leave something in?  In the phone?

13  Q.   Yeah, in the phone.

14  A.   So how the extraction works normally is it's going to load

09:16:33AM 15  a program on to the phone and then take the program off of the

16  phone when the extraction is over with.  So it should not

17  leave anything on the phone.  However, you will be able to

18  tell that a program was loaded on to it.

19  Q.   Okay. And was there a program loaded on this one?

09:16:52AM 20  A.   Yes.

21  Q.   And was it a program from 2018 or was it a program from

22  October 2020?

23  A.   From 2020.

24  Q.   Okay. So we don't know if the report would have been from

09:17:04AM 25  2018, correct?

1   A.   I'm sorry?

2   Q.   You -- we wouldn't know what the report said if it was

3   extracted in 2018?

4   A.   If I did an extraction on this phone in 2018, it was

09:17:16AM 5   provided.

6   Q.   Okay. And, again, with all of these phones -- and there

7   are several of them -- were you -- were you told by somebody,

8   one of your superiors again or whatever, what to look for on

9   the extraction?

09:17:33AM10   A.   No, I just pulled all the information from the phone and

11   put it into a readable format.

12   Q.   Could you tell us how long it took to extract on this

13   phone?

14   A.   This one is fairly quick.  Looked like just a minute.

09:17:57AM15   Q.   Just a minute?

16   A.   Yeah.

17   Q.   So that means that it did not extract a lot of

18   information?

19   A.   Or there was not a lot of information there, yes.

09:18:06AM20   Q.   Okay.  In October 2020, correct?

21   A.   Correct.

22   Q.   But in January of 2018 there's a possibility that it may

23   have extracted more information, correct?

24   A.   Possibly.

09:18:21AM25   Q.   Or less?

14

1    A.    Correct.

2    Q.    Because a program changes, right?

3    A.    Right.

4    Q.    Do you know what program changes there were between 2018

09:18:29AM 5    and 2020?

6    A.    There were several updates between that time.  Several.

7    Q.    Okay. Now, looking at 669A, if you turn the page it has

8    contacts, correct?

9    A.    Yes.

09:18:46AM 10   Q.    And it has plug-ins, right?

11   A.    Yes.

12   Q.    What is a plug-in?

13   A.    That's just -- that's basically our program, the

14   Cellebrite program.

09:18:56AM 15   Q.    The plug-in?

16   A.    Right.

17   Q.    Okay.

18   A.    Yes.

19   Q.    So after -- after you do a summary and a source

09:19:06AM 20   extraction -- that's external camera media, file system,

21   logical, then you go to plug-ins, right?

22   A.    That's a category on the summary, yes.

23   Q.    Now, on the summary here you have -- you have a number of

24   things and like I just said, summary, source extraction, file

09:19:25AM 25   system.  Is that how they run in terms of one after the other

1  or are they rearranged after you finish the full extraction?

2  A.   So I -- I do -- generally I'll do a logical extraction

3  first and then a file system.   This is how it prints out.

4  This is the format that it prints out in, yes.

09:19:52AM 5  Q.   It rearranges everything?

6  A.   It puts it into a readable format.

7  Q.   Okay. So you put it in -- what do you do first, logical?

8  A.   Generally I'll do a logical first, yes.

9  Q.   Is there a reason for that?

09:20:04AM 10  A.   It's faster.

11  Q.   It's faster?

12  A.   It's faster, yes.

13  Q.   Do you miss any information that way?

14  A.   There's -- it doesn't pull all the information -- a

09:20:15AM 15  logical does not pull all the information off the phones.

16  Q.   On all these phones there is something that is left and

17  not included in the report, correct?

18  A.   No.

19  Q.   No?   Everything is taken off the phone?

09:20:29AM 20  A.   If you do a physical or a file system extraction

21  everything is taken off the phone.   It might not be decoded,

22  but everything is taken off the phone.

23  Q.   Was it -- on this particular one was it decoded?

24  A.   It was not.

09:20:43AM 25  Q.   It was not decoded?

1  A.    Correct.

2  Q.    So what does that mean?

3  A.    So everything in the files was not necessarily decoded by

4  Cellebrite.

09:20:56AM 5  Q.    What effect does that have on your total analysis of this

6  phone?

7  A.    Doesn't really have any effect on it.

8  Q.    But you're leaving information behind?

9  A.    Information is there.  A lot of it is -- could be just the

09:21:18AM 10  workings of the phone.  You know, your internal clock workings

11  telling the phone how it operates.  So that stuff is not

12  decoded by the program.

13  Q.    Okay. Is there also something called preprogramming?

14  A.    So there's things that are programmed onto your phone,

09:21:42AM 15  yes, before you take it out of the box.

16  Q.    And if you take a look at the next page, it's under

17  contacts, I think there's 15 contacts.

18  A.    Yes.

19  Q.    Okay. Why don't you explain to us and to the jury what

09:21:56AM 20  that means?

21  A.    The 15 contacts?

22  Q.    Yes.  What does a contact mean?

23  A.    A contact is a stored number or name or some kind of

24  information in your phone.

09:22:12AM 25  Q.    Okay. Some of these extractions have like 300, 320,

1  correct?

2  A.    Oh, yes.

3  Q.    Those are all stored in the phone?

4  A.    Yes.

09:22:21AM 5  Q.    Phone numbers that are stored in the phone?

6  A.    Yes.

7  Q.    Do we know how they got there?

8  A.    Somebody would have to input them into the phone.

9  Q.    So in other words, if I have my phone and I want to put

09:22:33AM 10  your phone number in, what's your phone number, I go like this

11  and I put it in my phone?

12  A.    Yes.

13  Q.    Okay. So we have to hand load it into the phone, correct?

14  A.    Yes.

09:22:43AM 15  Q.    Are there also other times when you just use the phone and

16  call that number, all right?  Is that loaded in the phone?

17  A.    Is it stored and saved as a contact?

18  Q.    Yes.

19  A.    If you just dial that phone number?

09:22:57AM 20  Q.    Yes.

21  A.    No, it's not -- it's in the phone, but it's not stored as

22  a contact.

23  Q.    So of all these phones that we have, some of them with 300

24  contacts, which may have a phone number in it of someone who

09:23:13AM 25  they show us on that chart, okay?  Of people who they feel are

1   involved in all these phone calls, those phone calls, okay?

2   Were not calls made from that phone because they're not loaded

3   into the phone, correct?

4           **MS. KOCHER:** Objection.

09:23:28AM 5           **THE COURT:** Overruled.  If he understands the

6   question.

7           **THE WITNESS:** No.  You can call a number without

8   having it loaded into the phone.

9   **BY MR. VACCA:**

09:23:40AM 10  Q.   Okay.  So let's say there's, you know, one of these

11  contacts (sic) that has 200 contacts, okay?  By you taking a

12  look at the printout on the contacts, could you tell what

13  phone number called this phone at 669A?

14  A.   So there are some phones that I did the extractions on

09:24:06AM 15  that when you pulled the contacts it says how many times it

16  contacted another number.

17  Q.   A specific number?

18  A.   Yes.

19  Q.   Okay. But then there's some that don't tell you that

09:24:20AM 20  specific number, correct?

21  A.   Correct.

22  Q.   That was contacted?

23  A.   Correct.

24  Q.   And looking at the numbers here, did you look at all the

09:24:30AM 25  contact numbers on all these phones?

1  A.   No.

2  Q.   So I don't know what ones were loaded in or which ones

3  came from phone calls, correct?

4  A.   The phone calls -- that would be a separate category.

09:24:44AM 5  That's not contacts.

6  Q.   Okay. So do you also have phone calls that you're able to

7  extract?

8  A.   Yes, call logs, yes.

9  Q.   It's called a call log?

09:24:54AM 10  A.   Yes.

11  Q.   Okay.

12            **MR. VACCA:** If I may just have one minute, Your

13  Honor?

14            **THE COURT:** Sure.

09:25:12AM 15  **BY MR. VACCA:**

16  Q.   Investigator, have you ever had failed extractions?

17  A.   Yes.

18  Q.   Why don't you tell the jury what failed extractions are?

19  A.   It's just an extraction that doesn't happen, it doesn't

09:25:22AM 20  work, whether it's the phone could be broke, it could not be

21  recognizing the system, there could be a program loaded on to

22  the phone that's preventing the extraction.

23            Sometimes some cell companies load programs onto

24  their phones to prevent you from switching your phone to

09:25:46AM 25  another provider.  That will hamper an extraction sometimes

1    and you would have to take that off or disable it before you

2    can get an extraction.

3              Sometimes phones are dead and not able to be

4    powered on.  If you can't get power into the phone, sometimes

09:26:05AM 5  you cannot get an extraction.  So there's several factors that

6    could hamper an extraction.

7              MR. VACCA: Thank you very much, Investigator.

8              THE WITNESS: Thank you.

9                        <u>REDIRECT EXAMINATION</u>

09:26:18AM 10 BY MS. KOCHER:

11   Q.   Investigator Ferro, Mr. Vacca was asking you about

12   Exhibit 669A.  Asked you whether or not it was a full or

13   partial extraction.  You mentioned you have some notes

14   regarding that?

09:26:32AM 15 A.   Yes.

16             MS. KOCHER: Your Honor, may I approach the witness?

17             THE COURT: Yes.

18   BY MS. KOCHER:

19   Q.   Investigator, I've handed you what's been marked for

09:26:53AM 20 identification purposes as Exhibit 836.  Do you recognize that

21   document?

22   A.   Yes.

23   Q.   What is that?

24   A.   This is my extraction form.  These are the handwritten

09:27:03AM 25 notes that I took in regards to this phone 669.

1  Q.    Okay. And that's a one-page document?

2  A.    Yes.

3  Q.    If you'd like to take a look at that and let me know if

4  that refreshes your recollection as to whether or not this is

09:27:16AM 5  a full or a partial extraction?

6  A.    Yes.

7  Q.    Okay. Are you able to tell?

8  A.    Yes.

9  Q.    What was it?

09:27:24AM 10  A.    So it was a full logical, a full file system.  However, it

11  did not decode a lot of the information.  So I used the UFED

12  camera to take pictures of what it did not decode.

13  Q.    Okay. And if we could turn to the fifth page of the

14  extraction report, 669A?  Some of those pictures that you

09:27:52AM 15  took --

16  A.    Yes.

17  Q.    -- to get that additional data wasn't decoded?

18  A.    Yes.

19  Q.    Now, you also talked with Mr. Vacca about binary code?

09:28:06AM 20  A.    Yes.

21  Q.    And that's the number zeros and ones?

22  A.    Correct.

23  Q.    Is Cellebrite, does that take those binary codes and

24  translates it into a readable format?

09:28:18AM 25  A.    Yes, it takes it -- I'm able to view it in hexadecimal and

1   then it gives you your extraction report that you're able to

2   read, yes.

3   Q.   Okay. And has technology changed since 2018?

4   A.   Yes.

09:28:34AM 5   Q.   Generally are you able to get more information from

6   extractions now than you were two years ago?

7   A.   Yes.

8   Q.   I guess three years ago at this point?

9   A.   Correct.

09:28:45AM 10   Q.   When you're performing extractions do you add anything to

11   the extraction report that was not on the phone?

12   A.   No.

13   Q.   Are you able to alter any of the contents of the phone?

14   A.   No.

09:29:01AM 15            **MS. KOCHER:** Thank you, Investigator.

16            **THE WITNESS:** Thank you.

17            **MR. VACCA:** No recross, Your Honor.  Thank you.

18            **THE COURT:**  You may step down.  Thank you very

19   much.

09:29:07AM 20            **THE WITNESS:** Thank you, Your Honor.  Thank you.

21            (**WHEREUPON**, the witness was excused).

22                        *    *    *

23

24

25

1                    **CERTIFICATE OF REPORTER**

2

3              In accordance with 28, U.S.C., 753(b), I certify that

4   these original notes are a true and correct record of

5   proceedings in the United States District Court for the

6   Western District of New York before the Honorable Frank P.

7   Geraci, Jr. on June 1st, 2021.

8

9   S/ Christi A. Macri

10  Christi A. Macri, FAPR-RMR-CRR-CSR(CA/NY)
    Official Court Reporter
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25