# PAUL J. VACCA, JR.

**Attorney & Counselor at Law**
**45 Exchange Boulevard**
**Suite 530**
**Rochester, New York 14614**
**Cell:   585-966-9833**
**pvacca99@gmail.com**

July 12, 2022

Hon. Frank P. Geraci, Jr.
U.S. District Court Judge

  Re: USA v. Carlos Figueroa
     Case No.:   18-CR-6094FPG

Dear Judge Geraci:

  I write this letter relevant to the above referenced matter.  My office filed two Notices of Appeal on this case.  One was on May 11, 2022, and the other one on June 29, 2022.  We filed the second Notice of Appeal in error.  We would ask that the second Notice of Appeal filed on June 29, 2022 be disregarded, and the Notice of Appeal filed on May 11, 2022 be the only Notice of Appeal on this matter.  My office apologizes for the mistake.

  Should you have any questions or problems, please do not hesitate to contact me.

              Very truly yours,

              Paul J. Vacca, Jr.

PJV:dg
Enclosure
xc:   Robert Marangola, Esq., Assistant U.S. Attorney