**United States District Court**
**Western District of New York**
_____

**United States of America,**

                      **Plaintiff,**

      **-vs-**

**Carlos Javier Figueroa a/k/a Javi, a/k/a**
**Big Bro, Jonathan Cruz-Carmona a/k/a**
**Tapon a/k/a Eneno, Xavier Torres a/k/a**
**Pistolita, Obed Torres Garcia, Jean Karlos**
**Pizarro a/k/a Yankee, and Victor Nunez**

                 **Defendants.**
_____

                      **CERTIFICATE OF SERVICE**

                      **18-CR-6094-FPG**

I hereby certify that on July 12, 2022, I electronically filed a Letter to the Hon. Frank P. Geraci, Jr., as well as this Certificate of Service, on both the Hon. Frank P. Geraci, Jr. as well as Robert Marangola, Esq., Assistant District Attorney on this 12th day of July, 2022.

Dated:  July 12, 2022

                      /s/ Paul J. Vacca, Jr.

                      _____
                      Paul J. Vacca, Jr., Esq.
                      Attorney for Defendant,
                      Carlos Javier Figueroa
                      45 Exchange Boulevard
                      Suite 530
                      Rochester, New York 14614