```
 1                    UNITED STATES DISTRICT COURT

 2                    WESTERN DISTRICT OF NEW YORK

 3   - - - - - - - - - - - - - -X
     UNITED STATES OF AMERICA              18-CR-6094(G)
 4
     vs.
 5                                         Rochester, New York
     CARLOS FIGUEROA, XAVIER TORRES,       September 10, 2020
 6   AND JEAN KARLOS PIZZARO,              10:16 a.m.
                 Defendants.
 7   - - - - - - - - - - - - - -X

 8
                       TRANSCRIPT OF PROCEEDINGS
 9             BEFORE THE HONORABLE FRANK P. GERACI, JR.
                    UNITED STATES DISTRICT JUDGE
10

11                      JAMES P. KENNEDY, JR., ESQ.
                        United States Attorney
12                      BY: KATYLYN HARTFORD, ESQ.
                            CASSIE M. KOCHER, ESQ.
13                          ROBERT MARANGOLA, ESQ.
                        Assistant United States Attorneys
14                      500 Federal Building
                        Rochester, New York 14614
15                      Appearing on behalf of the United States

16
                        MAURICE J. VERRILLO, ESQ.
17                      Appearing on behalf of Xavier Torres

18                      MATTHEW LEMBKE, ESQ.
                        Appearing on behalf of Jean Karlos Pizzaro
19
                        PAUL VACCA, ESQ.
20                      Appearing on behalf of Carlos Figueroa

21
     ALSO PRESENT:      Nicolas Penchaszadeh, Spanish Interpreter
22                      Jesus Barberia, Spanish Interpreter

23   COURT REPORTER:    Christi A. Macri, FAPR-RMR-CRR-CSR(NY/CA)
                        Christimacri50@gmail.com
24                      Kenneth B. Keating Federal Building
                        100 State Street, Room 2640
25                      Rochester, New York 14614
```

```
 1                    P R O C E E D I N G S
 2                           *   *   *
 3              (WHEREUPON, Carlos Javier Figueroa and Xavier
 4  Torres are present in court; Jean Karlos Pizzaro is on the
 5  phone).
 6              THE CLERK: This is 18-CR-6094, USA vs. Carlos
 7  Javier Figueroa and others.
 8              Paul Vacca is here for defendant Carlos Figueroa.
 9              Rob Marangola and Cassie Kocher are here for the
10  Government.
11              MR. MARANGOLA: Ms. Hartford as well.
12              THE CLERK: Nicholas Penchasadeh is here for the
13  defendant as an interpreter.
14              Maurice Verrillo is here for Xavier Torres.
15              Matt Lembke is here for defendant on the phone Jean
16  Karlos Pizzaro.
17              Jesus Barberia is here to interpret.
18              We're here for status.
19              THE COURT: Are you Carlos Figueroa?
20              DEFENDANT FIGUEROA: Yes.
21              THE COURT: He's present.  Are you Xavier Torres?
22              DEFENDANT TORRES: Yup.
23              THE COURT: Are you Jean Karlos Pizzaro?
24              DEFENDANT PIZZARO: Yes, Your Honor.
25              THE COURT: This was on for status.  We have set a
```

jury trial date of January 4th, '21.

The parties indicated that the trial could take up to four months.  We're blocking off that time period.

Mr. Marangola?

**MR. MARANGOLA:** Judge, the Court I think had set today's appearance to give the parties one final opportunity to attempt to engage in plea negotiations.

And I think we had advised the Court at our last proceeding we intended to -- we were continuing with the grand jury investigation, and that we were looking toward a final superseding indictment.

I can tell the Court that since our last appearance I've had numerous conversations with each of the three attorneys representing the remaining defendants in this case, and at this point it does not look like we are going to have any further pleas from these defendants.

I can tell the Court also that we have continued the grand jury presentations and that we expect probably in the next couple of weeks that we'll have a superseding indictment, which will still be obviously quite aways away from the actual trial date, but at least as of right now we do not anticipate adding any new defendants and that it will just be limited to the three people that are currently before the Court.

**THE COURT:** Do you anticipate additional charges or

```
     1  what?
     2              MR. MARANGOLA: Yes, yes, we anticipate -- and I
     3  can't of course say finally what they ultimately will be, but
     4  we anticipate at least another firearms related offense and
02:15:29PM 5  two -- potentially two homicide charges.  Those will be four
     6  murders that were committed during the charged conspiracy.
     7              THE COURT: Okay, thank you.
     8              Mr. Vacca, is what Mr. Marangola said correct and
     9  Mr. Figueroa is not interested in any disposition?
02:15:50PM 10             MR. VACCA: That is correct, Your Honor.  I've
    11  spoken to my client on a number of occasions.  I've spoken to
    12  Mr. Marangola, and my client steadfastly maintains his
    13  innocence.
    14             THE COURT:  Mr. Verrillo, is it the same way with
02:16:03PM 15 Mr. Torres?
    16             MR. VERRILLO: Yes, Your Honor.  I've had extensive
    17  discussions with my client about the situation and we wish to
    18  proceed with trial.
    19             THE COURT: Okay.  And, Mr. Lembke, regarding
02:16:13PM 20 Mr. Pizzaro?
    21             MR. LEMBKE:  Yes, Your Honor.
    22             THE COURT: Okay, great.  Then the trial date will
    23  remain January 4th, '21.  We'll take no dispositions then from
    24  this day forward.
02:16:24PM 25             We'll put the matter on for pretrial conference on
```

```
 1  November 13th, 2 p.m.
 2              MR. VACCA:  What day, Judge?
 3              THE COURT:  November 13th, 2 p.m.
 4              MR. VACCA:  Judge, I start a month long murder trial
 5  before Justice Sinclair in Supreme Court on the 2nd of
 6  November and it's expected to go for three weeks or four
 7  weeks.
 8              THE COURT:  All day?
 9              MR. VACCA:  Well, on Tuesdays in the morning.  At
10  least on Tuesday she's off.
11              THE COURT:  Okay.  We'll have you come in on
12  Tuesday.  Tuesday, November 12th, 11 a.m. pretrial conference.
13              MR. MARANGOLA:  Judge, I have Tuesday,
14  November 10th.
15              THE COURT:  10th, I'm sorry.
16              MR. VACCA:  November 10th?
17              THE COURT:  10th.
18              MR. LEMBKE  Judge, hold on before we set that.  I am
19  scheduled to start trial in Buffalo before Judge Sinatra on
20  Monday the 2nd.  And the trial I expect to take one week and
21  if it holds over for, you know, jury deliberations, it could
22  lead into the 10th.
23              THE COURT:  Okay, we'll leave it on the 10th for
24  now.  Obviously things happen, I understand  if we need to
25  move it.  There's plenty of time between then and the trial
```

```
 1  date, but I want to have the pretrial conference sufficient
 2  time in advance in case there are any issues that need to be
 3  dealt with for all the counsel.  We can be flexible.
 4              MR. LEMBKE: I understand.
 5              MR. VACCA: What time again, Judge?
 6              THE COURT: November 10th, 11 a.m.
 7              MR. VACCA: Thank you.
 8              THE COURT: Okay, great.  Thank you.
 9              MR. MARANGOLA: Thank you, Judge.
10              MR. VACCA: Thank you.
11              MR. LEMBKE thank you.
12              (WHEREUPON, proceedings adjourned at 2:18 p.m.)
13                          *    *    *
14                   CERTIFICATE OF REPORTER
15
16         In accordance with 28, U.S.C., 753(b), I certify that
17  these original notes are a true and correct record of
18  proceedings in the United States District Court for the
19  Western District of New York before the Honorable Frank P.
20  Geraci, Jr. on September 10th, 2020.
21
22  S/ Christi A. Macri
23  Christi A. Macri, FAPR-RMR-CRR-CSR(CA/NY)
    Official Court Reporter
24
25
```